AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Alex Hernandez<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.<br>    16-mj-7157-JCB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____12/22/15 and 2/12/16_____ in the county of _____Plymouth_____ in the
_____ District of _____Massachusetts_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871(a) | Threats Against the President (2 counts) |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Senior Special Agent Brian Sindoni, USSS
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____05/20/2016_____

_____
*Judge's signature*

City and state: _____Boston, Massachusetts_____

Chief Magistrate Judge Jennifer C. Boal
_____
*Printed name and title*