UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       Plaintiff,

v.

ALEX HERNANDEZ,

       Defendant

)
)
)
)
)
)
)
)
)
)

Criminal No. 16cr 10179

18 U.S.C. § 871(a)
Threats Against the President

**INDICTMENT**

<u>COUNT ONE</u>
18 U.S.C. § 871(a)

The Grand Jury charges that:

Between on or about December 22, 2015 and on or about February 12, 2016, within the District of Massachusetts, and elsewhere,

**ALEX HERNANDEZ,**

defendant herein, did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon the President of the United States.

All in violation of Title 18, United States Code, Section 871(a).

A TRUE BILL

*Daniel E. McLaughlin*
Foreperson of the Grand Jury

Jordi de Llano
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS                Date:   June 16, 2016


Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk  a 1:37 PM
6.16.16