16 cr 10179

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.**   II     **Investigating Agency**   USSS/FBI

**City**   Bridgewater      **Related Case Information:**

**County**   Plymouth

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant   X     New Defendant _____
Magistrate Judge Case Number   16-7157-JCB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Alex Hernandez     Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name _____

Address   (City & State)   Bridgewater, MA

Birth date (Yr only): 1985   SSN (last4#): 9687   Sex M    Race: Hispanic    Nationality: USA

**Defense Counsel if known:**   Miriam Conrad    Address   51 Sleeper Street, Fifth Floor

**Bar Number** _____      Boston, MA 02210

**U.S. Attorney Information:**

**AUSA**   Jordi de Llano     Bar Number if applicable _____

**Interpreter:**   ☑ Yes   ☐ No    List language and/or dialect:   Spanish

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☑ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date**   05/23/2016

☑ Already in Federal Custody as of   05/23/2016   in   USMS custody .
☐ Already in State Custody at _____   ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   June 16, 2016     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Alex Hernandez

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C 871(a) | Threats Against the President | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013