# Exhibit A

[Letter_from_Alex_Hernandez.]

[TN: *Allah (SWT*) : The initials **SWT** stand for the Arabic religious expression **Subhananu Wa Ta'ala** which means:  Glory to Him, the Exalted. This expression is used after the mention of **Allah**.]

*In the name of God the Merciful*

*Peace be with you.*

Dear brother Danilo,

First of all, thank you to *Allah (SWT*) [sic] for granting me the privilege to be able to write to you and to meet you.  All my prayers are to *Allah (SWT*) [sic]. My name is Alex Hernandez. Thanks to the other brother because without him I would not have been able to meet you. I am studying this *religion* more but one thing that I am sure of is that everything on earth belongs to *Allah (SWT*) [sic] and I do not wish to die except as a Muslim as the Koran says.  I have some goals that I want to accomplish but we will talk about that when we can see each other, after they transfer me to the other prison where I am going which is in Garner [PH].  I am determined to follow the path that will bring me to Paradise, you know what I mean. But for now I have to say goodbye. May God always bless, protect and guide you.

Sincerely,

[signature]

USAO-000179

Bismillah irahmah-irahim
Alsalamu Alay kym.

euenido Hermano dahilo

Primero eue Nada grasia a Allah(SWt) Por darme
el Privilejio de Poder escribirte y Poder conoserte
todalas oraciones son Para Allah(SWt) mi Nombre
es Alex Hernandez y grasia al otro Hermano Por
eue Por el No ubiera tenido la Facilitacion de
cono serte yo estoy estudiando mas este Deen
Pero de una cosa estoy seguro eue todo lo eue
Hay en la tierra le Pertenese a Allah(SWt) y yo
ho euiero moril exept as muslim como dise ei
Corany tengo unas metas eue euiero logral Pero
de eso Hablamos cuando me trasladen Parala otra
carcel eue boy es Para ganner y Pudamos vernos
Yo estoy dispuesto a caminar el camino eue melleve
al Paraiso tumen tiende Pero Por Haora me despido
Pero dios te bendiga y siempre te Proteja y te de direcion.

Att: AH

USAO-000074



USAO-000072



USAO-000073