# Exhibit B



USAO-000209



USAO-000210

Social Studies

# The Presidents of the United States

**1. George Washington** 1789–1797* **2. John Adams** 1797–1801    **3. Thomas Jefferson** 1801–1809

    

Born in Virginia in 1732, he was the commanding general in the Revolutionary War, and a strong uniting force for the new nation. He was everyone's choice for President. He died in 1799.

Adams was born in Massachusetts in 1735. He was a leader in the Revolution, and was vice-president under Washington. He was the first President to live in the White House. He died in 1826.

Jefferson was born in Virginia in 1743. He wrote the Declaration of Independence. The U.S. doubled its size by buying the Louisiana Territory from France while he was President. He died in 1826.

**4. James Madison** 1809–1817    **5. James Monroe** 1817–1825    **6. John Quincy Adams** 1825–1829

    

Madison was born in Virginia in 1751. When he was President, trouble with the British resulted in the War of 1812. During this war, the British captured and burned the capital. He died in 1836.

Monroe was born in Virginia in 1758. He bought Florida from Spain. He also warned the countries of Europe against trying to set up any more colonies in the Americas. He died in 1831.

Born in Massachusetts, he was President when the Erie Canal opened, making it easier to travel west. Later, as a Congressman, he spoke out against slavery. He died in 1848.

**7. Andrew Jackson** 1829–1837    **8. Martin Van Buren** 1837–1841    **9. William Henry Harrison** 1841

    

Born in South Carolina in 1767, he gave government jobs to his followers. Eastern Indians were forced to move west of the Mississippi River when he was President. He died in 1845.

Van Buren was born in New York in 1782. When he was President, times were bad. Banks closed and workers lost their jobs. Disputes about the U.S.-Canadian border were settled. He died in 1862.

Harrison was born in Virginia in 1773. He was a popular military hero. He caught cold at his 1841 inauguration and died a month later. He was the first President to die in office.

*Dates following President's name are the dates of his term of office.

749

USAO-000211

Social Studies

**10. John Tyler** 1841–1845



Born in Virginia in 1790, he had problems with Congress and vetoed many bills. He made peace with the Indians in Florida and signed a pact with China, opening it to traders. He died in 1862.

**11. James K. Polk** 1845–1849



Born in North Carolina in 1795, he was President when Texas joined the U.S. The Oregon border dispute with England was settled. In the Mexican War, the U.S. gained territory. He died in 1849.

**12. Zachary Taylor** 1849–1850



Taylor was born in Virginia in 1784. He was a hero of the Mexican War. As President, he opposed slavery in California and other land won in the Mexican War. This angered the South. He died in office in 1850.

**13. Millard Fillmore** 1850–1853



Fillmore was born in New York in 1800. When he was President there were serious problems over slavery. He failed to solve them. He sent an expedition to begin trade with Japan. He died in 1874.
Slavery

**14. Franklin Pierce** 1853–1857

Pierce was born in New Hampshire in 1804. When he was President, a new law let settlers decide on slavery in Kansas and Nebraska. This increased problems between North and South. He died in 1869.

**15. James Buchanan** 1857–1861

Buchanan was born in 1791 in Pennsylvania. When he was President, the U.S. faced war over slavery. The South threatened to leave the Union, and 7 states did leave. He died in 1868.
Slavery

**16. Abraham Lincoln** 1861–1865



Lincoln was born in Kentucky in 1809. He was President during the Civil War. He vowed to preserve the Union. He freed the slaves in the South. In 1865, just after the war's end, he was shot to death.
Kill

**17. Andrew Johnson** 1865–1869



Johnson was born in North Carolina in 1808. He and Congress battled over how state government should be restored in the South. Congress tried to remove him from office, but failed. He died in 1875.

**18. Ulysses S. Grant** 1869–1877



Born in Ohio in 1822, he was a Civil War hero. He was President when blacks were given voting rights. He gave important jobs to men who proved to be dishonest. He died in 1885.

750

USAO-000212

Social Studies

**19. Rutherford B. Hayes**
1877–1881



Hayes was born in Ohio in 1822. He withdrew federal troops from the South. He favored civil service reform, and gave government jobs to those best qualified. He died in 1893.

**20. James A. Garfield** 1881



Born in Ohio in 1831, he tried to bring about government reforms, but Congress opposed him. A disappointed job seeker shot him, and he died from his injuries a few months later, in 1881.

**21. Chester A. Arthur** 1881–1885



Born in Vermont in 1830, he worked for a fair way to hire qualified workers, not political supporters, for government jobs. The Civil Service Commission was set up as a result. He died in 1886.

**22.** and **24. Grover Cleveland**
1885–1889 and 1893–1897



Born in New Jersey in 1837, he tried to help farmers and factory workers. A law to control interstate trade was passed. During his second term many businesses failed. He died in 1908.

**23. Benjamin Harrison**
1889–1893



Harrison was born in Ohio in 1833. When he was President, taxes on imported goods were increased. This protected American-made goods from foreign competition. He died in 1901.

**25. William McKinley** 1897–1901



McKinley was born in Ohio in 1843. The Spanish-American War took place when he was President. The U.S. became a world power. He was shot in 1901, and died eight days later.

**26. Theodore Roosevelt**
1901–1909



Born in New York in 1858, he saved many forests and wilderness areas. He fought big businesses that controlled key industries such as steel. The Panama Canal was begun. He died in 1919.

**27. William Howard Taft**
1909–1913



Born in Ohio in 1857, he worked to control abuse of power by big business. The income tax became law when he was President. Later, he was Chief Justice of the Supreme Court. He died in 1930.

**28. Woodrow Wilson** 1913–1921



Born in Virginia in 1856, he was President during World War I. After the war, his call for a League of Nations to settle disputes succeeded, but the U.S. did not join the League. He died in 1924.

**751**

USAO-000213

Social Studies

### 29. Warren G. Harding 1921–1923



Harding was born in Ohio in 1865. He promised to help business. But, he gave jobs to some people who proved to be dishonest. They took bribes, causing problems for Harding. He died in office in 1923.

### 30. Calvin Coolidge 1923–1929

Coolidge was born in Vermont in 1872. His honesty and thrift gave people renewed confidence in government. Business boomed, and the national debt was reduced. He died in 1933.

### 31. Herbert Hoover 1929–1933



Hoover was born in Iowa in 1874. The Great Depression began when he was President. Many banks and businesses failed; millions lost their jobs. His efforts to help were not enough. He died in 1964.

### 32. Franklin D. Roosevelt 1933–1945



Roosevelt was born in New York in 1882. He introduced job programs and social security to fight the Depression. President during World War II, he was elected four times, and died in office in 1945.

### 33. Harry S. Truman 1945–1953



Born in Missouri in 1884, he ordered the atomic bomb dropped on Japan. After the war, the U.S. joined the United Nations. Truman sent aid to Europe. Later he sent troops to Korea. He died in 1972.

### 34. Dwight D. Eisenhower 1953–1961



Born in Texas in 1890, he headed the Allied forces in World War II. He helped settle the war in Korea. Segregated schools were declared unlawful while he was President. He died in 1969.

### 35. John F. Kennedy 1961–1963



Born in Massachusetts in 1917, he was President when a U.S. astronaut first orbited the earth. He and other world leaders signed a nuclear test ban treaty. He was shot to death in 1963.

### 36. Lyndon B. Johnson 1963–1969



Born in Texas in 1908, he was President when the Civil Rights Act and other programs to help schools and the poor became law. Many U.S. soldiers went to fight in Vietnam. He died in 1973.

### 37. Richard M. Nixon 1969–1974



Born in California in 1913, he was President when U.S. astronauts landed on the moon. He ended the war in Vietnam. Political scandal clouded his second term. He was the first President to resign.

752

USAO-000214