# Exhibit C

USAO-000132







USAO-000133



USAO-000134

