# Exhibit D

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



9109 NE Cascades Parkway
Portland, OR 97220

File Number:

Requesting Official(s) and Office(s):        Brian Sindoni, BS

Task Number(s) and Date Completed:        507804, 2/5/2016

Name and Office of Linguist(s):        Aurora Levinson, PD

Name and Office of Reviewer(s):        Click here to enter text.

Source Language(s):        Spanish

Target Language:        English

Source File Information
        Audio:        December 22, 2015; Time 10:35 AM

VERBATIM TRANSLATION

Participants:

| | |
|---|---|
| Unknown Male | UM1 |
| Alex Hernandez | HERNANDEZ |
| UCE | Undercover Employee |

Abbreviations:

| | |
|---|---|
| [ ] | Translator's notes or noise notations |
| UI | Unintelligible |
| OV | Overlapping voices |
| PH | Phonetic transcription |
| *Italics* | English |

[TN: The audio quality of this file is very poor. As such, there are several segments of the conversation which are unintelligible.]

UNCLASSIFIED

UNCLASSIFIED

File#: ▩

Task # 507804

Date/time of recording: December 22, 2015; Time 10:35 AM

| | |
|---|---|
| UCE: | This is UCE Giovanni Rivera. The date is December 22nd. Time is 10:35. December 22nd, 2015. UCE is meeting subject Alex Hernandez… To bargain false documentation and a DT [Domestic Terrorism] matter. |
| | [Noise. UI conversations.] |
| UCE: | [ET 26:10] *You guys want to meet here?* |
| HERNANDEZ: | *OK, OK, I'll figure it out.* |
| UCE: | *OK, um…So…What's gonna happen? How can I be of assistance?* |
| HERNANDEZ: | *Uh, anything you can get me [UI].* |
| UCE: | *[OV] Excuse me?* |
| HERNANDEZ: | Do you speak Spanish? |
| UCE: | M-hum. |
| HERNANDEZ: | [UI] |
| UCE: | OK |
| HERNANDEZ: | [UI, noise] |
| UCE: | What is it that you want to do? What do you need? For example, I can get a lot of false papers. |
| HERNANDEZ: | More or less that's what I need. |
| UCE: | [OV] OK…Uh, but I need a [UI] to see how I can-- |

1
UNCLASSIFIED

USAO-000086

UNCLASSIFIED

File#: ▓▓▓▓▓▓▓▓
Task # 507804
Date/time of recording: December 22, 2015; Time 10:35 AM

HERNANDEZ:    [OV][UI]

UCE:    Do you understand? Because they think that [UI].

HERNANDEZ:    No, no, I understand.

UCE:    Do you understand?

HERNANDEZ:    Because ▓▓▓▓ told me…

UCE:    OK.

HERNANDEZ:    [UI] ▓▓▓▓ you know…

UCE:    Uh-huh.

HERNANDEZ:    [UI] I told him that I had a vision.

UCE:    OK.

HERNANDEZ:    Do you understand? That…Many of our brothers are dying.

UCE:    M-hum.

HERNANDEZ:    And many people here are going back, OK?

UCE:    M-hum.

HERNANDEZ:    So, I have a vision that I want to attack the house, the big people there.

UCE:    When you say the "house" you mean the….the white house?

HERNANDEZ:    Yes.

2
UNCLASSIFIED

USAO-000087

UNCLASSIFIED

File#: ▓▓▓▓▓▓▓▓▓
Task # 507804
Date/time of recording: December 22, 2015; Time 10:35 AM

UCE:            OK…Uh…And…The—the vision that you're talking about…[UI] details? Because for me, depending on—Because [Noise, rustling]. Depending on what you do….Uh…at what extreme we [UI].

HERNANDEZ:      [UI]

UCE:            M-hum.

HERNANDEZ:      I told him, "There's always a head."

UCE:            M-hum.

HERNANDEZ:      He's the one who's always in charge.

UCE:            M-hum.

HERNANDEZ:      So, if you attack that head, everything will go down a little bit.

UCE:            M-hum.

HERNANDEZ:      Do you understand?

UCE:            Yeah, that's it.

HERNANDEZ:      One has to have brains. I've been studying on my own.

UCE:            M-hum.

HERNANDEZ:      You know? I've been—I've looked for books…As soon as I get out—I have a short time left.

UCE:            M-hum.

3
UNCLASSIFIED

USAO-000088

UNCLASSIFIED

File#: ▮▮▮▮▮▮▮▮▮▮
Task # 507804
Date/time of recording: December 22, 2015; Time 10:35 AM

HERNANDEZ:    I have three years and a half to [UI].

UCE:    Three years?

HERNANDEZ:    [UI] one year, it's two and a half.

UCE:    OK.

HERNANDEZ:    [UI]

UCE:    M-hum.

HERNANDEZ:    [UI] get myself moving and do what I have to do.

UCE:    OK…But…And…And, forgive my ignorance, you know?  But… what is it that you want?

HERNANDEZ:    Well, as I explained to you—right? I want to learn sharp shooting.

UCE:    When you say sharp shooting, do you mean…

HERNANDEZ:    I mean like a sniper.

UCE:    OK.

HERNANDEZ:    Since I am…[UI] you know? [UI] with a gun. I've always--

UCE:    [UI]

HERNANDEZ:    *Yeah, so…*I already know how to handle guns.

UCE:    OK.

UNCLASSIFIED

USAO-000089

UNCLASSIFIED

File#:

Task # 507804

Date/time of recording: December 22, 2015; Time 10:35 AM

HERNANDEZ:    What I want to know is [UI] like that. If you don't know how to shoot from a long distance [Noise, UI]. You can hit anyone you want to hit.

UCE:    OK.

HERNANDEZ:    As long as…OK?

UCE:    M-hum.

HERNANDEZ:    That's my vision. If you start doing things like that here and attack it like I told you…It's like….you don't need [UI]. Keep in mind…

UCE:    M-hum.

HERNANDEZ:    People who are the first, who are in a position…

UCE:    M-hum.

HERNANDEZ:    One can create a little bit of chaos here.

UCE:    Yeah…So…Explain to me how you want to get to that point. Because I need—For me, it's important to know [UI]. When you  get [UI] and depending the extreme, you know? That will help me to…How—Where [UI] the papers. [UI]

HERNANDEZ:    [UI]

UCE:    And…a…you know? It all depends on the person that you want to be. You know? The reason you have. *So,* how can you get to that [UI].

HERNANDEZ:    Well, I already have—In the street I have a couple of tools.

UCE:    OK.

HERNANDEZ:    I have…I a have a friend who reads…He is a brother, more than a brother [UI].

5

UNCLASSIFIED

USAO-000090

UNCLASSIFIED

File#: ▮▮▮▮▮▮▮▮▮▮
Task # 507804
Date/time of recording: December 22, 2015; Time 10:35 AM

UCE:            OK.

HERNANDEZ:      He was the one who got any weapon I needed.

UCE:            And where is he?

HERNANDEZ:      He's on the street, still.

UCE:            OK.

HERNANDEZ:      He's in…he's in Florida.

UCE:            OK.

HERNANDEZ:      I met him through another kid who was a neighbor of mine.

UCE:            Neighbor in jail or on the street?

HERNANDEZ:      No, on the street.

UCE:            OK.

HERNANDEZ:      On the street. He—he has a [UI] 50 for me.

UCE:            M-hum.

HERNANDEZ:      To make long-distance shots.

UCE:            OK.

HERNANDEZ:      With one of those, you can shoot--

UCE:            Who has it for you? He's in Florida?

6
UNCLASSIFIED

USAO-000091

UNCLASSIFIED

File#: ▮▮▮▮▮▮▮▮▮▮
Task # 507804
Date/time of recording: December 22, 2015; Time 10:35 AM

HERNANDEZ:    Yeah.

UCE:    OK…OK…So…

HERNANDEZ:    I have the tools, more or less. I'm starting to [UI].

UCE:     OK. So…How are you going to get out of that? Because that will [UI]. Are you going to drive?

HERNANDEZ:    [UI]

UCE:    OK.

HERNANDEZ:    I…As I told, uh…the other brother who is also one of my best friends.

UCE:    M-hum.

HERNANDEZ:    [UI] *I'd die for this thing.*

UCE:    OK.

HERNANDEZ:    *You know what I'm saying?* Because I [UI] I love a lot. And I don't know how these people who work here…*determine who's going to prison.* I came from the street. He's like a brother.

UCE:    M-hum.

HERNANDEZ:    You know? And…And I've seen many things on the street.

UCE:    M-hum.

HERNANDEZ:    [UI, noise] I've seen the…the…How people avoid you. And I don't…[UI] you know? People are looking for us for things that…that they have no idea, *so…That's why I was talking like [UI, noise].*

7
UNCLASSIFIED

USAO-000092

UNCLASSIFIED

File#: ▓▓▓▓▓▓▓▓▓▓▓
Task # 507804
Date/time of recording: December 22, 2015; Time 10:35 AM

UCE:            But you want to get the weapon. You have the contact to get the weapon later?

HERNANDEZ:      [UI] I have a [UI] over there. A friend [UI].

UCE:            M-hum.

HERNANDEZ:      And I was going to go over there to practice.

UCE:            OK.

HERNANDEZ:      [UI] And the owner got an apartment [UI].

UCE:            M-hum.

HERNANDEZ:      It's like the projects.

UCE:            M-hum.

HERNANDEZ:      And there's a *building* there.

UCE:            M-hum.

HERNANDEZ:      [UI]

UCE:            I'm just asking. Do you have family?

HERNANDEZ:      *Yeah.* But they're not here. They're all in Puerto Rico.

UCE:            OK. OK. Because in that case [UI] when you leave.

HERNANDEZ:      All my family is in Puerto Rico.

UCE:            OK. [Pause] Well, OK…Tell me more or less how I can send it to you. Um, you say

8
UNCLASSIFIED

USAO-000093

UNCLASSIFIED

File#: ▮▮▮▮▮▮▮▮▮▮
Task # 507804
Date/time of recording: December 22, 2015; Time 10:35 AM

you have two and have years still?

HERNANDEZ:    Two and a half years [UI] That's why I said—I  want to start now. Because I want to be over there as soon as possible [coughs]. They're selling my [UI] in Norfolk [PH].

UCE:    M-hum.

HERNANDEZ:    [UI] It's not worth it, because [UI] such a long time.

UCE:    OK. And this plan that you have…Are you doing it with someone else, or by yourself?

HERNANDEZ:    By myself…I speak a little bit with—with▮▮▮▮▮▮▮

UCE:    M-hum.

HERNANDEZ:    Right now, we're talking about [UI]. Since the first time we met [UI].

UCE:    M-hum.

HERNANDEZ:    [UI]

UCE:    OK…and what [UI] the contact with your associate in Florida?

HERNANDEZ:    I can get in touch with him whenever I want.

UCE:    Have you contacted him recently? From—from here?

HERNANDEZ:    No.

UCE:    No?

HERNANDEZ:    No. I don't want to—you know?

9
UNCLASSIFIED

USAO-000094

UNCLASSIFIED

File#: [REDACTED]
Task # 507804
Date/time of recording: December 22, 2015; Time 10:35 AM

UCE:                What do you mean?

HERNANDEZ:    I don't want to—to…If I have any contact with him, and something happens…I don't want them to go…[UI]

UCE:                Oh, OK.

HERNANDEZ:    Follow him, you know?

UCE:                OK.

HERNANDEZ:    [UI]

UCE:                M-hum.

HERNANDEZ:    You know? Yes.

UCE:                Uh…Where would you like to go?

HERNANDEZ:    Uh…Any place that [laughs] I can get to. Any place that doesn't deport back here. Any place where they couldn't get me.

UCE:                OK.

HERNANDEZ:    Like Brazil. They have—They….They don't deport back here.

UCE:                Yes, I have a lot of contacts there.

HERNANDEZ:    Well, I should go there, right? Deportation isn't [UI].

UCE:                Yes [UI]

HERNANDEZ:    [Laughs]

UNCLASSIFIED

USAO-000095

UNCLASSIFIED

File#: ▓▓▓▓▓▓▓▓▓▓▓▓
Task # 507804
Date/time of recording: December 22, 2015; Time 10:35 AM

UCE:            Uh…OK…OK, so…My question is…Is it safe? The contact that you have?

HERNANDEZ:      One hundred percent.

UCE:            One hundred percent?

HERNANDEZ:      M-hum.

UCE:            He can get you the weapon for…

HERNANDEZ:      Whatever I want. Right now, I have some books that I am studying. But I [UI] here. I don't want to…Find out how I can make a *like, a booby trap*

UCE:            M-hum.

HERNANDEZ:      Those things…Different things that you can make. Like explosives with…with household items.

UCE:            M-hum.

HERNANDEZ:      Household items, from Home Depot. I am…

UCE:            OK, so you are going to make [UI] or what would you like to do with that?  Once you get the [UI]. After you know those materials.

HERNANDEZ:      That. Yes. Start putting a little bit of—As I said, of the government.

UCE:            OK, when you say government…You mean, like…[UI]

HERNANDEZ:      I mean the feds.

UCE:            OK

11
UNCLASSIFIED

USAO-000096

UNCLASSIFIED

File#: ████████████

Task # 507804

Date/time of recording: December 22, 2015; Time 10:35 AM

HERNANDEZ:    You know?

UCE:    Uh-huh.

HERNANDEZ:    The courts. Things like that.

UCE:    OK…OK…I'm thinking about—you know? So this would be your—Those—those two are the most [UI]

HERNANDEZ:    *Yeah.*

UCE:    OK. [Pause] Alright, and--

HERNANDEZ:    [OV] [UI] If, as I told you—If you set your mind to it, you can accomplish anything. You have to look inside [UI].

UCE:    M-hum.

HERNANDEZ:    There's always…there's always a way which you can…you can see. [UI] you can buy a *drone*. [UI] there's those drones which can carry weight, and you can get a hold of those.

UCE:    [UI] OK. Well, it's good that you have your [UI] and all that. I'm going to need [UI] Tell you the process. You have a year and a half when you get out. And you'll have the papers, and all that. Uh…[UI] I have the best contacts so that [UI].

HERNANDEZ:    When I get out…I…I'm Puerto Rican.

UCE:    M-hum.

HERNANDEZ:    And…[UI] go to Puerto Rico. And in Puerto Rico there will always be--

UCE:    [OV] Where from?

12

UNCLASSIFIED

UNCLASSIFIED

File#: ██████████████

Task # 507804

Date/time of recording: December 22, 2015; Time 10:35 AM

HERNANDEZ:    [UI, noise] I learned that you should always be loyal, you know? [UI] with yourself.

UCE:    M-hum.

HERNANDEZ:    And the people around me [Noise]. I....For anything, I....I always keep myself—I try to cover the people around me.

UCE:    M-hum.

HERNANDEZ:    So that they don't...There isn't....You know? So there isn't--

UCE:    [OV][ UI] in the same business [UI].

HERNANDEZ:    [UI] ██████ was telling me.

UCE:    Yes, I have a lot of contacts. World-wide. *So,* uh, find a place. Take you to another, and another, you know?

[UI conversation]

UCE:    [40:00] You have to move the pieces. Handle where—Because you don't want to get somewhere [UI] where you get hot and all that, you know?

HERNANDEZ:    M-hum.

UCE:    [UI] in ice. No one knows you. And if you feel anything weird, they send you somewhere else, you cool off...You know? Cool. Well, I will...keep working on this, and...analyze anything. There's enough time, you know? There isn't—more or less. [UI] needs time. I have everything...[UI] Uh...if you need anything, get in touch with ████████ ████████ will call my contact, and my contact will call me [UI]. You know? He knows what the process is.

HERNANDEZ:    [UI] more than half of what I have, covered.

UCE:    OK.

13

UNCLASSIFIED

USAO-000098

UNCLASSIFIED

File#: [REDACTED]
Task # 507804
Date/time of recording: December 22, 2015; Time 10:35 AM

HERNANDEZ:    [UI] almost all the tools. The only thing I need is—what will be more difficult, is something like this.

UCE:    M-hum.

HERNANDEZ:    How to get out of here. That's going to create a lot of attention, so…

UCE:    OK, so you want to leave—I imagine…You will want to leave the same day.

HERNANDEZ:    Yeah.

UCE:    Right?

HERNANDEZ:    Yes, because [UI].

UCE:    OK [UI] [Pause] OK. Alright. [UI] [Pause] Alright, if you need anything, we will…You can call me [UI]. If you leave, and something happens--

        [UI conversation]

UCE:    [ET 42:21] If something happens [UI]

HERNANDEZ:    [UI]

UCE:    If things heat up, you know? You know?

HERNANDEZ:    That's why I told him that you always have to have two plans. Not just one.

UCE:    M-hum.

HERNANDEZ:    Plan A and Plan B. Because you never know. You know? Sometimes you get fucked.

UCE:    So, your Plan A is…uh…

14
UNCLASSIFIED

USAO-000099

UNCLASSIFIED

File#: ██████████████

Task # 507804

Date/time of recording: December 22, 2015; Time 10:35 AM

HERNANDEZ:      It's to motivate what I told you already. It's to knock the head off of [UI].

UCE:            OK.

HERNANDEZ:      And then I can—you know? And then I have the other one, which is for--

UCE:            [OV][UI]

HERNANDEZ:      One is a thing around which….any place from a federal *building*, and all that [UI]. Create chaos here. You know?

UCE:            OK, so [UI]. Anything you need, you get in touch with██████ We'll get in touch [UI]. If I have to come back, I have…you know? [UI] You know? And from there…you can live your life there.

HERNANDEZ:      [UI]

UCE:            [Laughs] Well…Let's…I don't want to see you a long time. I don't know if you [UI] or not.

HERNANDEZ:      No. I was [UI] she was at the end of the line, there.

UCE:            OK. Good. We'll do it like this. If you get [UI], the two of you should be calm. Everything stays normal. And from there [clears throat] you get in touch with me. And if I have to talk to you, we talk, and we go back [UI]

HERNANDEZ:      Yes.

UCE:            And….OK…We'll do it like that. It's all….all good. I'll see ████████ I'll get in touch [UI] but, anything you need, you know?

HERNANDEZ:      M-hum.

UCE:            We'll do it like this, because--

15

UNCLASSIFIED

USAO-000100

UNCLASSIFIED

File#: ██████████

Task # 507804

Date/time of recording: December 22, 2015; Time 10:35 AM

HERNANDEZ:    Yeah, the least—you know? You see…It's better.

UCE:    Yes, it's better.

HERNANDEZ:    That's why I was telling ██████ hat I don't want him to…meet with him a lot. So it doesn't harm anyone there.

UCE:    M-hum.

HERNANDEZ:    Or here.

UCE:    OK, good. Um…

        [Noise, rustling. UI conversation]

HERNANDEZ:    [ET 46:13] You have to be *ready* for anything.

UCE:    Yes, of course. Do you exercise a lot here?

HERNANDEZ:    *Yeah. I work out. I do everything. [UI] right now, 225. Bench press 225. Squat…30 or 40* because of the hands. I want to kick that up. Because I have to put things on my hand and it's heavy. This way you have more grip.

UCE:    Yes. You definitely have to be very...You have to take care of yourself… Is all of your family in Puerto Rico?

HERNANDEZ:    [UI]

UCE:    All of them?

HERNANDEZ:    All of them.

UCE:    Mom, dad, do  you have brothers—do you have brothers?

16
UNCLASSIFIED

USAO-000101

UNCLASSIFIED

File#: ▓▓▓▓▓▓▓▓▓▓
Task # 507804
Date/time of recording: December 22, 2015; Time 10:35 AM

HERNANDEZ:     They're all there.

UCE:           All of them?

HERNANDEZ:     All of them.

UCE:           Do you have children?

HERNANDEZ:     I have a daughter. But they live….they all live over there [UI].

UCE:           Which part of Florida does your friend live at?

HERNANDEZ:     Um…he lives close to Daytona.

UCE:           How—how did you meet him?

HERNANDEZ:     Because my neighbor is Muslim.

UCE:           On the street?

HERNANDEZ:     On the street. And he's from um, Lebanon.

UCE:           M-hum.

HERNANDEZ:     So…that's how I met him. Because--

UCE:           [OV] What's his name?

HERNANDEZ:     Huh?

UCE:           What's his name?

HERNANDEZ:     Abdul al Mohalla [PH].

17
UNCLASSIFIED

USAO-000102

UNCLASSIFIED

File#: ████████████

Task # 507804

Date/time of recording: December 22, 2015; Time 10:35 AM

UCE:            OK.

HERNANDEZ:      So one day, they were doing…Ramadan.

UCE:            M-hum.

HERNANDEZ:      And I was looking at them [UI] they were praying. And I started talking to him. And from there, he started giving me—you know? Material…*How Islam works. [UI]* Islam, and all that. [UI] afterwards, one day he was there. He said, "Look, if you ever need anything, to protect yourself, let me know. My friend—"

UCE:            Uh, uh, has he gotten things for you, in the past?

HERNANDEZ:      Yes.

UCE:            OK.

HERNANDEZ:      [UI] with an AK, and a [UI] and a .45.

UCE:            And can he get anything? OK. The—the one who lives in Florida, right?

HERNANDEZ:      Yeah…OK.

UCE:            Well, I have a lot of contacts. If he has the material….M-hum…How long has he been there?

HERNANDEZ:      He's lived in Florida for years.

UCE:            Hmmm. When you met him, you were living in Florida?

HERNANDEZ:      Yeah. He told me he's been living there for several years. It's just that his family has a lot of businesses.

UCE:            Here?

18
UNCLASSIFIED

USAO-000103

UNCLASSIFIED

File#: ▮▮▮▮▮▮▮▮▮▮▮▮
Task # 507804
Date/time of recording: December 22, 2015; Time 10:35 AM

HERNANDEZ:    In the United States. They ship gas and oil. *So…* [UI] he gets around.

UCE:    He brings the material up here? [UI]

HERNANDEZ:    Yeah.

UCE:    From—from Florida to here, he brings them up?

HERNANDEZ:    M-hum.

UCE:    OK.

HERNANDEZ:    His family has *gas stations* by [UI].

UCE:    M-hum.

HERNANDEZ:    He has…His family has…has…*gas stations*. They own three gas stations [UI].

UCE:    OK…And…Do they know what he does?

HERNANDEZ:    *Yeah.*

UCE:    OK….That's why it's easy for him. He already has the [UI].

HERNANDEZ:    *Yeah.*

UCE:    OK…Well…The important thing is that you have that contact [UI].

HERNANDEZ:    M-hum.

UCE:    [Pause] [UI]

HERNANDEZ:    I had one there, but…but I…I don't talk about that a lot. [UI] After certain time [UI].

19
UNCLASSIFIED

USAO-000104

UNCLASSIFIED

File#: ▒▒▒▒▒▒▒▒▒▒
Task # 507804
Date/time of recording: December 22, 2015; Time 10:35 AM

UCE:            Hmmm.

HERNANDEZ:      [UI]

UCE:            OK. Eh, women, what are you going to do?

HERNANDEZ:      In 2010…or 2009…I did two and a half years. In 2011 I got this sentence [UI].

UCE:            Really? And…You say you get out in two and a half?

HERNANDEZ:      M-hum.

UCE:            More or less.

HERNANDEZ:      If everything works out…[UI] two and a half.

UCE:            [Pause][UI, noise]

HERNANDEZ:      [UI] I know the…his family. I know his family. They have businesses. [UI] and all of that in [UI]. They have a bakery. They have *gas stations and…*

UCE:            The neighbor, or…Or…What was the name of your friend?

HERNANDEZ:      Abdul.

UCE:            Abdul, in Florida?

HERNANDEZ:      *Yeah.*

UCE:            His family has…has a lot of businesses here, in--

HERNANDEZ:      Yeah.

20
UNCLASSIFIED

USAO-000105

UNCLASSIFIED

File#: ▊▊▊▊▊▊▊▊▊
Task # 507804
Date/time of recording: December 22, 2015; Time 10:35 AM

UCE:            OK.

HERNANDEZ:      [UI]. All I have to do is go to one of those businesses, and those businesses are open.

UCE:            The neighbor was the one who introduced you to him.

HERNANDEZ:      *Yeah.*

UCE:            And, uh…his nat—his nationality, what is it?

HERNANDEZ:      Um…

UCE:            Abdul's, in Florida?

HERNANDEZ:      He is, um…*Armenian*.

UCE:            OK.

HERNANDEZ:      But my other friend is uh, *Lebanese.*

UCE:            OK.

HERNANDEZ:      From Lebanon.

UCE:            And you have a way to get in touch with him?

HERNANDEZ:      No. [UI] his address, from where he works. The business is his dad's. Over in [UI] I know the address. It's a business [UI]…like, the head business.

UCE:            Oh, oh from Worcester?

HERNANDEZ:      [UI]

21
UNCLASSIFIED

USAO-000106

UNCLASSIFIED

File#: ▮▮▮▮▮▮▮▮▮▮

Task # 507804

Date/time of recording: December 22, 2015; Time 10:35 AM

UCE:              And has that business been around for a long time?

HERNANDEZ:    [UI] a year, too.

UCE:              [Pause] [UI] And how much [UI]

HERNANDEZ:    Twelve-hundred-- 1,300 pesos [UI].

                    [UI conversation]

                    [Noise] [UI conversation in background]

UCE:              [ET 54:07] I didn't want to miss anything. I don't know if there's a gym or anything, you know? [UI].

HERNANDEZ:    Oh, OK, OK [UI].

UCE:              How many times a day you do it?

HERNANDEZ:    Uh…12…four times a day

UCE:              At what time?

HERNANDEZ:    At seven…at this time, at 11.

UCE:              [Noise, UI]

HERNANDEZ:    At 4:30…

UCE:              [UI] just in case I have to come here.

HERNANDEZ:    At four…At seven in the morning.

22

UNCLASSIFIED

USAO-000107

UNCLASSIFIED

File#: 
Task # 507804
Date/time of recording: December 22, 2015; Time 10:35 AM

UCE:            Seven in the morning?

HERNANDEZ:      At…at...at 11 [UI] somewhere over there.

UCE:            At 11 and 10 in the morning. Uh-huh.

HERNANDEZ:      At four, 4:30.

UCE:            At 4:30, uh-huh.

HERNANDEZ:      And other times at night, at around 9:30.

UCE:            After?

HERNANDEZ:      *Yeah,*

UCE:            Yeah, that's good. Because what I do is…[UI, noise].

UM1:            *Alright, you're all set to go back [UI]. Thank you.*

UCE:            *Thank you. Alex [UI]. Thank you.*

UM1:            *You speak Spanish, huh?*

UCE:            Uh-huh.

UM1:            Uh-huh.

                [Noise]

                [End of recording]

23
UNCLASSIFIED

USAO-000108