# Exhibit E

UNCLASSIFIED

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



9109 NE Cascades Parkway
Portland, OR 97220

File Number:

Requesting Official(s) and Office(s):     SA Brian Sindoni, BS

Task Number(s) and Date Completed:     515873, 3/2/2016

Name and Office of Linguist(s):     Aurora Levinson, PD

Name and Office of Reviewer(s):     Click here to enter text.

Source Language(s):     Spanish, English

Target Language:     English

Source File Information
 Source File Information
     Audio:     February 12, 2016 at 9:35

### VERBATIM TRANSLATION

Participants:
    UCE          Undercover Employee
    ALEX          Alex Rodriguez

Abbreviations:
    [ ]          Translator's notes or noise notations
    UI          Unintelligible
    OV          Overlapping voices
    *Italics*        English
    ET          Elapsed Time.

UNCLASSIFIED

USAO-000137

UNCLASSIFIED

File#: ░░░░░░░░

Task#: 515873

Date/time of recording:  February 12, 2016 at 9:35

[Noise]

SA: This is UCE 7-1-2-2 S-A-C. The day is February 12, 2016. Approximately 9:35. UCE will meet subject Alex Hernandez.
[Noise]

UCE: [ET 20:45] Alex! How are you? All good?

ALEX: All good.

UCE: All quiet?

ALEX: *Yeah. [Noise]*

UCE: How's everything?

ALEX: Everything's good.

UCE: Did you [UI]

ALEX: *Yeah…*

UCE: [Laughs] [Noise] Were you [UI]?

ALEX: No, no, you know that…changing the [chuckles]

UCE: If he closes that one, he closes this one.

[Noise]

UCE: Sorry, what were you saying?

ALEX: Changing the…the appearance.

UCE: But, why?

ALEX: Huh? Because this way I look b-b-better than…than with the big beard [laughs].

UCE: Oh, OK. OK. How's everything going? Everything good?

ALEX: Yes, everything's good. I was going to write to ░░░░░ but I couldn't write to him.

UCE: OK.

ALEX: *Yeah.*

UCE: Because you had to—Uh, did you need to get in touch with me? Or was it just to…to [UI]

1
UNCLASSIFIED

UNCLASSIFIED

File#: ████████

Task#: 515873

Date/time of recording:  February 12, 2016 at 9:35

ALEX:    [OV] No, just to see how he's been over there.

UCE:    Oh, OK.

ALEX:    How things are going.

UCE:    And how are you? Is everything alright?

ALEX:    Yeah, I'm alright, thanks…

UCE:    Alright. How's it going here?

ALEX:    Here, it's…[UI] shit. [Laughs] [UI]

UCE:    And you still have two and a half to go, right?

ALEX:    *Yeah*…

UCE:    Something like that.

ALEX:    *Yeah* and I have *parole* in…in a couple of months.

UCE:    For *parole?*

ALEX:    *Yeah*.

UCE:    Oh, OK. And…So if…if they grant you *parole*…When would you get out?

ALEX:    Well, I'm thinking to get *parole* on…on…for a program that they have in [UI].

UCE:    Uh-huh.

ALEX:    Which is for people who are on *parole*. Or the *convicts* from a prison. They have a program there which is like a *pre-release*.  They *parole* you over there, and you can go out on the street.

UCE:    Yes, but if they grant your *parole* now…Let's see—you'll be there in a couple of months?

ALEX:    *[OV] Yeah,* in—

UCE:    *[OV] So—*

ALEX:    *Yeah,* in—in May they send the papers and…they have to decide before June whether they grant it or not.

UCE:    And then…before June, when—when they decide, what do you—

2

UNCLASSIFIED

USAO-000139

UNCLASSIFIED

File#: [REDACTED]

Task#: 515873

Date/time of recording:  February 12, 2016 at 9:35

ALEX:          I will head over to—

UCE:           [OV] To-to-to the program? And how long would you be in the program? The time that you're still missing?

ALEX:          [OV] No, no…No, I can be there for about just six months. Six months to a year.

UCE:           And after that, if you—if you complete it…

ALEX:          If I complete the six months or one year, they will let me go wherever I want.

UCE:           But then, no….Uh, uh the time that you have left, it…

ALEX:          No. I'll do it outside. I finish it outside.

UCE:           Oh, OK, OK. Well…When you—Let's see if it happens.

ALEX:          I'm a star here. I bite my tongue. Everyone knows me. *My crew*  knows me.

UCE:           Yes, yes, yes, yes.

ALEX:          You know what I'm like. I've been dealing with things that….Psh!

UCE:           Like what?

ALEX:          *Nah! Like…*The guards think that you're… That this is a mental institution.

UCE:           Uh-huh.

ALEX:          You know? They think that everyone's the same.

UCE:           M-hum…I imagine that it's hard.

ALEX:          *Yeah.*

UCE:           [OV] I don't know…

ALEX:          *Yeah,* because here…Supposedly, everyone who comes in here has to have something related to [UI] .

UCE:           M-hum.

ALEX:          *You know what I'm saying?*

UCE:           *Yeah.*

ALEX:          But not everyone who comes in here is crazy, you know?

3
UNCLASSIFIED

UNCLASSIFIED

File#: ████████████

Task#: 515873

Date/time of recording:  February 12, 2016 at 9:35

| | |
|---|---|
| UCE: | Yes. |
| ALEX: | *So* these people treat everyone the same way. Like… |
| UCE: | I understand…Um…Look, I had to come back to talk over more details. Because I made a few contacts. |
| ALEX: | M-hum. |
| UCE: | And…They have…They are asking me questions, you know? I said, alright…Um…We didn't talk about this at that time. But…Uh…It's very easy for me to talk to them. |
| ALEX: | M-hum. |
| UCE: | *So, let's, uh [UI]* Because you know that…They want to protect me, as much as they can. |
| ALEX: | Of course. |
| UCE: | Because I am very….very…*valuable* to them. All the papers I get, you know? It's not just papers, it's licenses, credit cards… |
| ALEX: | [OV] No, I know.████— |
| UCE: | Passports— |
| ALEX: | ████was telling me. |
| UCE: | --residency, you know? I get everything…Not just passports and date of birth….I mean, birth certificates. It's a lot of things like licenses, credit cards, uh…you know? |
| ALEX: | M-hum. |
| UCE: | So, a lot of people…I have…I have a lot of clients…Uh…They…they…Not the clients, but the….the people who I work with. Now I'm asking you…[UI] I owe a favor and I'm paying this favor. But I need…you know…Like, you told me that you would like to go to Brazil. Because they don't… |
| ALEX: | [OV] [UI] |
| UCE: | That's right. And then we talked about how…You would… would like Brazil because of the women, and…. |
| ALEX: | No, not just the women. But that over there…they can't…they can't go find you over there. |

4
UNCLASSIFIED

USAO-000141

UNCLASSIFIED

File#: ▮▮▮▮▮▮▮▮▮

Task#: 515873

Date/time of recording:  February 12, 2016 at 9:35

UCE:        Yes, exactly. Exactly. So…You know? And I want to…As I said, I don't want it to just be Brazil, I would like to have another place.

ALEX:        M-hum.

UCE:        Just in case. If things get hot here, or [UI] we can have a *Plan B,* you know?

ALEX:        M-hum.

UCE:        So, like they say….Uh…For example, I told him that….what your plans are. You know? I told him, "Look…This guy has a plan, you know? He wants to get an apartment in Washington, and get his hand on the head," things like that. *So*…they also said, "Shit, but…What head?" You know? Uh…The villains have so many heads, you know? So…We need to make sure here.

ALEX:        M-hum.

UCE:        In the papers, details, depending on who, over there…You know?

ALEX:        M-hum.

UCE:        They will…Uh…OK, if you say that…that you will need a passport and…Lend me this money [UI]. Definitely. OK? But it depends on who, over there, you are going to do something to. It will determine the papers, and, for example…credit cards, license, another passport, another place, just in case.

ALEX:        [OV] OK.

UCE:        You will have people with this name, [UI]  you know?

ALEX:        Yeah.

UCE:        So, this follows a [UI]…uh…the current…regarding…what we will do over there. You know?

ALEX:        Yes.

UCE:        *So,* depending on who, here….will depend….in the….how can I explain it? It will depend on the details, where you will land, you know?

ALEX:        Yes.

UCE:        *So…*I know that you said "the head."

ALEX:        [Stutters] The one of everything.

UCE:        Of the jail?

5
UNCLASSIFIED

UNCLASSIFIED

File#:

Task#: 515873

Date/time of recording:  February 12, 2016 at 9:35

ALEX:           No. Of the United States.

UCE:            Yes, but, do you understand? It's just that I-I-I have to tell them. OK, but…we have the Secretary of State…

ALEX:           No. The President.

UCE:            OK.

ALEX:           The big one.

UCE:            OK. *So*…The one who is there now? Or you don't care which one?

ALEX:           I don't care which one it is. Because they are the ones who give the order. He is the one who…

UCE:            OK. *So*….You don't care if it's Republican or Democrat. You don't care?

ALEX:           [OV] No.

UCE:            OK. *So* then…OK now I can…You know? Because…I'm going to show you [noise] It's a shitty life [Noise]. It's a [UI, loud noise] I get in the car, and then we meet, you know? But let's talk, this isn't a tango. I don't want you to—

ALEX:           I….You know he's the one who—who…He's the one who gives orders up there. He's the one who says, "We're going to do this," and…

UCE:            OK. [Pause] OK. So, the last time we talked…That time, I…The-the…Uh…They were very interested when you said…that the brothers are suffering.

ALEX:           *Yeah.*

UCE:            But…Give me some more details, so that I can explain it to them…In essence, what do you think about the brothers? Do you understand? *So,* when you tell me that the brothers are suffering…

ALEX:           *Yeah, like…[Noise]* Like, for example. Over there, there are-are-are a lot of-of-of brothers who are fighting to uphold—you know? Our laws. You know? To structure the-the-the caliphate.

UCE:            M-hum.

ALEX:           Do you understand? They are dying because of that. And…There are many of us who aren't seeing anything—Seeing that. But many say, "They are fighting for this, for that…"

UCE:            Over there, where? Uh…Uh…Give me an example.

6
UNCLASSIFIED

USAO-000143

UNCLASSIFIED

File#: ▮▮▮▮▮▮▮▮▮

Task#: 515873

Date/time of recording:  February 12, 2016 at 9:35

ALEX:    Over there, in the-the-the Middle East. Over there in the *Middle East.*

UCE:    OK.

ALEX:    In the land from where…our religion came out of.

UCE:    OK…So when you say this, that the brothers are suffering, you mean the bro— Uh…Over there? Or over here?

ALEX:    In, in…uh *basically* both places.

UCE:    OK.

ALEX:    Because what's going on over there…is a….let's say, it's a—a *blend in.*  The-the-the people…This government—

UCE:    M-hum.

ALEX:    Is like…it put…It's painting it like they are the—the bad guys. That we are the bad guys.

UCE:    OK.

ALEX:    You know? And they are killing innocents. And…Like I…Like I've been explaining to ▮▮▮▮▮ I am Boricua.

UCE:    OK.

ALEX:    I was born and raised in Puerto Rico. And for me, for someone to go to my island of Puerto Rico, and tries to invade, and to stay on the island…For any reason, for example…Because…We have a lot plantations of-of-of avocado.

UCE:    M-hum.

ALEX:    Let's set that as example. And…Russia wants to take over those avocados. And it wants to go in to Puerto Rico. I wouldn't…I would be the first to be there.

UCE:    OK.

ALEX:    And fight for my island. For what's mine.

UCE:    OK.

ALEX:    You know?

UCE:    Uh-huh.

ALEX:    *So,* that's the same thing that I see happening there. And that's affecting not

7

UNCLASSIFIED

UNCLASSIFIED

File#: 

Task#: 515873

Date/time of recording:  February 12, 2016 at 9:35

only…over there…But also here. Because here there are some of the-the-the…um…There are many brothers who…Since they're here, they say, "We are in the United States, and we can't…" You know? *So*…Since they're here, they…they fall back, as they say.

UCE:      M-hum…*So*, the…Uh…*So*, your-your-your *concern*  is for the brothers here and there.

ALEX:     M-hum.

UCE:      OK…Um…*So* you told me that…Why…[Sighs] Once again [UI] This is so I can tell them that—

ALEX:     And discrimination, because even here, right now…Anyone who is out in the street with a big beard…And…who goes around with a [UI] they'll say, "Nah! This is a terrorist!"

UCE:      M-hum.

ALEX:     Yes…You know?

UCE:      Yes… OK…*So,* when you told me that…Uh…And, again, I'm asking you these questions because these…The organization I work for is asking me. And I have to be prepared, because the faster I answer these questions, and set them at ease, the faster I'll have the paperwork.

ALEX:     M-hum.

UCE:      You know? *So,* you mentioned the President. Why the President?

ALEX:     I already explained this. He's the…He's the one who gives the orders.

UCE:      OK.

ALEX:     He can…He can…People can say "No" and he'll say "Yes" and that's what has to be done.

UCE:      OK.

ALEX:     [UI] because he's the…he's the toughest one.

UCE:      OK. That's fine. So…And it's because of the brothers who are over there…And here, too, that you have these feelings. Uh—

ALEX:     [OV] Look, when…when…when they hit Kennedy…The…. The United States went…went down for a while. After the-the-the…

UCE:      And that's what you want to accomplish, right? [Pause] But…Uh…to which—which extent?

8
UNCLASSIFIED

USAO-000145

UNCLASSIFIED

File#: [redacted]

Task#: 515873

Date/time of recording:  February 12, 2016 at 9:35

ALEX:        Huh?

UCE:         You want to accomplish that? [Pause] OK. So…The other question that I have for you is…The reason is for the brothers who are suffering. This way you can show them that you….are faithful?

ALEX:        M-hum.

UCE:         You know? [clears throat] Um…What else can I tell you? Be-before I ask questions of my own, I will ask their questions. [UI] OK, so…with that…OK, so you will want, aside from the passport and the dates of birth…*How underground do you want to go? So,* for example…We can do something, you know? Where you can go really, really low. Where no one knows you. Where no one knows about you, you know? Where…That you really--
[End of session]


**Alex_Hernandez.002.wav**
**February 12, 2016 at 9:35**

UCE:         We can prove that…I mean, not here, because here there are arrangements that— you're in prison. But over there…That you've been living there for five or 10 years, you know? We can give you a—a story.

ALEX:        [OV] Got it.

UCE:         That you worked…at this place…That you get—You know?

ALEX:        M-hum.

UCE:         We can put you really, really *underground.* But it all depends at what extreme you want to be.

ALEX:        No, I want to be at a level where I am quiet.

UCE:         Quiet and calm.

ALEX:        *Yeah*, because you never know anything—another situation you might have…

UCE:         What do you mean?

ALEX:        That-that-that you have to-to-to do another job—another one of these.

UCE:         OK. *So,* It's not just here that you don't want this? You would do it somewhere else?

ALEX:        *Yeah.*

9

USAO-000146

UNCLASSIFIED

File#: 

Task#: 515873

Date/time of recording:  February 12, 2016 at 9:35

UCE:    OK…So, again, that's going to depend…OK, so we can give you something clean. I mean, we can give you something…*little bit dirty, and a jacket, you know what I mean?* Something dirty so that…if you have contact with people on the street over there, they will know. "No, this guy…Does things," You know?

ALEX:    M-hum.

UCE:    OK. So…What I've done, is…I've done my movements. So… When the day of your *parole* approaches…*So,* [stutters] if they grant you *parole,* and I have this cooking…You—You will…You know? [Stutters] Your vision, you will do it…It will happen much faster, right? [Pause] I mean, you tell me, you know? Because this way I have to really hit the ground running faster than usual.

ALEX:    Hmmm…It all depends.

UCE:    On what?

ALEX:    You know? Because when you're out on *parole,* sometimes things happen that these people…Like, any stupid thing, you know? The cops come to your house…If a neighbor calls the cops, they send you back.

UCE:    M-hum.

ALEX:    So this is—this is what I told you. I still have two and a half years to finish everything.

UCE:    M-hum.

ALEX:    *Clean.* After that…I will….I will do something for the brothers.

UCE:    OK, so, if…if they give you *parole,* you will be—you know? Until you've cleared your time.

ALEX:    Yeah.

UCE:    And after—after that?

ALEX:    Well, after that, we'll get the job done. Get to work.

UCE:    [OV] Not, but this way I know…You know? If you tell me that it's much earlier, I have to move faster to get the documents. You know? *So… your* time is up, and [UI]

ALEX:    M-hum.

UCE:    Two years tops, right? There's still time for that. I can cook things. I can…I can move…I mean, I have the things cooking, you know? Let's say that when the day approaches, we sit down, and say, "Look, this is here, and this is here. Which one do you like?" And then you can do your thing. So…OK…I'm doing you a favor.

10
UNCLASSIFIED

UNCLASSIFIED

File#: 

Task#: 515873

Date/time of recording:  February 12, 2016 at 9:35

ALEX:            M-hum

UCE:             N-normally this…Costs about 50,000 dollars. [Pause] Your contact in Florida, what can you tell me? We accomplish this [UI] because he's been here, in jail, you know?

ALEX:            M-hum.

UCE:             *So*…He should be in the plan, too. If this happens, I have someone, uh…who will [UI] me, if this happens, he—"I-I-I have the papers, too. Look, this is your name. This is your passport. [UI] everything." [UI]  the organization I work for, I'm too *valuable* for them. I bring in too much money. *So,* they said, "Look, Ale has a contact in Florida who can give him guns. I will talk to him about your questions, so that the paperwork is more concrete. But, also I'll tell him to bring the contact to the table."  I will get the organization so that they [UI] so that those contacts get—get together, and bring the weapons up here. And this way they give me a percentage.

ALEX:            M-hum.

UCE:              [UI] you know? I wouldn't want to start again. Do you think it can be done?

ALEX:            *Yeah.*

UCE:             OK…How…How can we connect with—with the guy in Florida?

ALEX:            I [clears throat] I have to write to my cousin.

UCE:             OK.

ALEX:            So that she can get his number.

UCE:             OK…And is your cousin here, or in Puerto Rico?

ALEX:            No, I have—She's not really my cousin, but--

UCE:             [OV] You grew up with her?

ALEX:            She's like my cousin now.

UCE:             [OV] You grew up with her? OK…*So*…How long would it take you to…

ALEX:            With her? She finds people.

UCE:             Oh, so that--

ALEX:            M-hum.

UCE:             *So,* if I get in touch… [Pause] Let's say… in a month…Do you think you can get that name?

11
UNCLASSIFIED

UNCLASSIFIED

File#: ▓▓▓▓▓▓▓▓▓▓

Task#: 515873

Date/time of recording:  February 12, 2016 at 9:35

ALEX:      Hmmm Maybe. Or, I--

UCE:       [OV] Or do you—Do you…[Stutters] you know?

ALEX:      Yes, because this way I can talk to him, you know? And get his address first, write to him, let him know--

UCE:       OK. It will take some time.

ALEX:      *Yeah.*

UCE:       But you think that it's possible.

ALEX:      Of course! He—he likes…money [chuckles].

UCE:       OK…What—OK, so…When-when-when-when he used to get them for you…How much did he sell them to you for?

ALEX:      He sold them… Let's see, the AK…I bought it for about 600 pesos.

UCE:       An AK for 600? [Pause] And he can get that individually? I mean, each weapon?

ALEX:      Yeah.

UCE:       OK.

ALEX:      He can get-get-get--

UCE:       [OV] [UI]

ALEX:      --anything.

UCE:       When he got it for you…he was…Did he bring it from Florida?  Or does he have a contact here already?

ALEX:      No, he…he would bring them from over there.

UCE:       From over there? From down there?

ALEX:      *Yeah.*

UCE:       OK…OK, let's do this, then…I will give you some time…I think that with these questions that they're making me…We've started the paperwork for the passport, and the [stutters] birth certificate…*So,* with these questions…that, you know, my contacts have, I won't…I won't need much more. I will need…you know…uh…credit cards…a story…not—not like a fairy tale, but--

ALEX:      [OV] The…the…

12
UNCLASSIFIED

UNCLASSIFIED

File#: ▮▮▮▮▮▮▮▮▮▮▮▮▮

Task#: 515873

Date/time of recording:  February 12, 2016 at 9:35

| | |
|---|---|
| UCE: | [OV] *History*  that you were in that place for 10 years. Because this way, "Well, fuck, how could you—you've been living for years in this apartment." |
| ALEX: | Yes. |
| UCE: | "You've been working here, with this guy, for 10 years…Look, go talk to our supervisors. They will tell you the same thing." You know? We can go very far. And…you know…And…I'm good at this…at the paperwork. And if these assholes think that they're attorneys--you know? |
| ALEX: | No ▮▮▮▮ has-has-has ▮▮▮▮ was explaining it to me. |
| UCE: | Yes…*So*…Well, also, I have to watch for my interests, because if I leave, I have to leave a contact so that he leaves money to the—the organization. |
| ALEX: | M-hum. |
| UCE: | But also so that the contact…the contact I get, for—for me, you know?  [UI] sends money to me too, whenever he does a movement of this type or whatever.  [Stutters] what's the name of—of your associate? |
| ALEX: | Abdul. |
| UCE: | Abdul, in Florida? |
| ALEX: | *Yeah*. |
| UCE: | So that he sends me…you know…Each time they have a contact with another [UI] OK? Give me a percentage, if they can... you know? I know that 10 percent, 20 percent isn't much. But if we do…if he sends us 10 or 15 every two months…that's money that I will have guaranteed. |
| ALEX: | M-hum. |
| UCE: | This way, I can move around in other places. If I have to go to….other countries, you know?  [UI] continue the movement. [UI] |
| ALEX: | *Yeah.* |
| UCE: | *I love making money.* |
| ALEX: | Me, too. So-- |
| UCE: | [OV] [UI] |
| ALEX: | [Laughs] [UI] |
| UCE: | Well…Let's do that then. I will give them this. And I will…With the answers that |

13

UNCLASSIFIED

UNCLASSIFIED

File#: ▓▓▓▓▓▓▓▓▓▓▓

Task#: 515873

Date/time of recording: February 12, 2016 at 9:35

|  |  |
|---|---|
|  | you…[coughs] with the questions that they asked me, you know, we're good. |
| ALEX: | Yeah, tell them that if—If you talk to▓▓▓▓, tell him that I haven't been able to write to him because I haven't been able to…I haven't even started to work here. |
| UCE: | OK. When do they give it to you? |
| ALEX: | Well, in about…working here so that I can get a couple of [UI] cash. |
| UCE: | [OV] Oh! You mean, like working in the kitchen or something like that. |
| ALEX: | *Yeah.* |
| UCE: | OK. |
| ALEX: | It…It… |
| UCE: | Uh… [Pause] There are many…Are there many brothers who share your vision? |
| ALEX: | The ones here are confused. |
| UCE: | Yeah? |
| ALEX: | I stopped going to the-the-the-the *worship* here. You end up arguing with the [UI]. With the one who is-is-is *basically* running this inside. Because…they are…There are many Sunnis here, and um…Um…Shi….Shia [PH] um… |
| UCE: | M-hum. |
| ALEX: | Like—like this….There's both types. |
| UCE: | Sunni and Shia? |
| ALEX: | Sunni and Shia, *yeah.* What happens is that they…they go over to the [UI] *Nation of Islam.* And [UI] *the national…body, God and Earth.* And they're always…I've seen them, that they see one of them, and they say, *"Oh, please, God."* I say, how can you give—telling a-a-a human being that…*"Please, God"?* He's not *God.* He's a human being, just like you. |
| UCE: | M-hum. |
| ALEX: | And they're not…They're Muslims, like us—They aren't Muslims…In my eyes, they aren't Muslims. |
| UCE: | OK. |
| ALEX: | Because they [UI]. They did that here, in the United States. |
| UCE: | M-hum. |

14

UNCLASSIFIED

USAO-000151

UNCLASSIFIED

File#: ███████████

Task#: 515873

Date/time of recording: February 12, 2016 at 9:35

ALEX:         That was done by a guy who brought a [UI] and-and…And they think that the guy is…is God. *You know what I mean?[coughs]*

UCE:          *So, uh*, so…Tell me again, there are many brothers here, like you? With that vision?

ALEX:         Nah!

UCE:          No? OK.

ALEX:         They're all confused, here.

UCE:          OK…So…OK, if you called, you know…We have a lot of things…We are way ahead, you know? With the things that I know, the things that I have to tell your contact, what's cooking, you know? We're way ahead. But, as I said, [UI] in two places. I always do that.

ALEX:         M-hum.

UCE:          Two, three places, just in case…something gets complicated here, something there, and I have—you know…Like you told me, that you had two plans, right?

ALEX:         *Yeah.*

UCE:          I too have…That's why [stutters] I have…I need to talk to the [UI] you know?

ALEX:         [UI]

UCE:          [OV] [UI] you know?

ALEX:         Something cooked, on the other side, that you don't know about.

UCE:          Exactly. So, what we're going to do is…We'll look well at the relation with the Florida contact. Because I have to…bring in what's mine. And…if that's the case, it takes [stutters] it takes me a lot of time. Because I'm doing your thing at the same time.

ALEX:         M-hum.

UCE:          As I'm doing mine, you know? *So,* we'll go together easily [UI]. But we'll see [stutters] Next time you come, I will come—I will give you time to reach your contact, you know, and…get in touch with him, this and that. And from, there, I will call you back, and I will put him in touch with someone else. And this way, we make some, you know?

ALEX:         M-hum.

UCE:          [UI] he still…he follows me in this, he keeps moving it for me, anything, you know… If you have to [stutters] honestly, I'll call ████, he'll send me the contact [UI].

15
UNCLASSIFIED

USAO-000152

UNCLASSIFIED

File#:

Task#: 515873

Date/time of recording:  February 12, 2016 at 9:35

ALEX:       No, yeah, I…I know. That's why I wasn't able to write.

UCE:        And if I…I have to see—you know? I had these questions to ask, things like that. If I have to come back, it will be the same thing. I won't be [UI].

ALEX:       *Yeah.*

UCE:        *Alright.* So…That's it [noise] let's do it like this, and…if you need anything, if I need to come, I'll come. If you can get in touch with [stutters] you know how to get in touch with me.

ALEX:       M-hum.

UCE:        And…it's all cool. You know.

ALEX:       M-hum.

UCE:        You stay quiet. We will…go forward. *Alright?* My brother.

            [Noise, UI conversation]

ALEX:       I will call him, that's fine.

UCE:        Oh, alright. *Alright.*

ALEX:       *Alright.*

UCE:        *Sorry about that.*

ALEX:       *Well…Yo! We're done.*

            [UI conversation, noise]

UCE:        *This is UCE 7-1-2-2 S-A-C. At this point, meeting with Alex Hernandez is over.*

            [Noise]

            [End of recording]

16
UNCLASSIFIED

USAO-000153

FD-302 (Rev. 5-8-10)

-1 of 2-



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    03/28/2016

   On February 12, 2016, Federal Bureau of Investigation (FBI) Special Agent (SA), Undercover Employee (UCE) # UCE-7122-SAC , operating in an undercover capacity, met with subject ALEX HERNANDEZ (HERNANDEZ) at the Old Colony Department of Correction Facility, Bridgewater, Massachusetts. The conversation was recorded with video and audio surveillance equipment for approximately 1 hour. The following is a general summary of the conversation:

   HERNANDEZ volunteered he has not been able to write to ▮▮▮▮ to see how he has been doing. HERNANDEZ has two and a half years remaining on his sentence, but the parole board will review his case within the next couple of months. HERNANDEZ wants to get paroled to a program that is like a pre-release where you can be out in the general public, but once the parole board meets they will determine the outcome of his parole.

   While incarcerated HERNANDEZ has refrained from any confrontation with Correctional Officers, because the Correctional Officers think all Inmates are the same. A lot of Inmates here have problems, but not all of them are crazy.

   HERNANDEZ was asked to elaborate on what he meant by "killing the head" from previous conversation with the UCE. HERNANDEZ replied he wants to kill the President of the United States. The UCE asked why the President, and does it matter which one? HERNANDEZ replied, "It doesn't matter who's President. Ultimately they give the orders in this country and what they say goes".

   HERNANDEZ explained he his motivated because of all the brothers suffering in the Middle East as well as the United States. These brothers are fighting, and dying to maintain our laws. Many of us don't see that. This fight is in the land where our religion came from, and the United States government are making it seem like we are the bad ones, and they are killing innocent people. For example: "I am from Puerto Rico (PR) and if someone was to invade PR, or whatever the situation may be I want to fight for my island. That is the same thing that is going on in the Middle East,

Investigation on   02/12/2016   at   Bridgewater, Massachusetts, United States (In Person)

File # ▮▮▮▮▮▮▮▮                                    Date drafted   02/12/2016

by   UCE-7122-SAC

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of <u>(U) 2nd UCE meet with ALEX HERNANDEZ</u>, On <u>02/12/2016</u>, Page <u>2 of 2</u>

and the United States. We get discriminated on the way we look, and our brothers here are saying we can't do nothing about it, because we are here in the United States".

HERENANDEZ stated, "Look when they hit Kennedy, the United States went under." When the UCE asked if that's what HERNANDEZ is trying to accomplish? HERNANDEZ nodded his head "yes".

HERNANDEZ wishes to remain underground once he kills the President of the United States. HERNANDEZ has offered to do the same in other countries. HERNANDEZ wants to go to Brazil because he knows he cannot be extradited from that country.

HERNANDEZ understands while he is on parole he has to be on his best behavior because any small incident or infraction with law enforcement could jeopardize his parole. Regarding the violent act of killing the President he would rather do it when he is completely finished with his sentence. HERNANDEZ is upset with some of the brothers that say peace god to everyone. He tells them they are not God, for them to be calling others God.

The UCE and HERNANDEZ discussed payment for UCE services. HERNANDEZ stated he has a gun contact in FLorida, by the name of ABDU, Last name Unknown (LNU). HERNANDEZ offered to introduce the UCE to ABDU. ABDU and UCE can discuss business involving firearms. HERNANDEZ would need to get in contact with his cousin so she can get ABDU's information. ABDU sold HERNANDEZ a AK rifle for $600.00. According to HERNANDEZ ABDU can get firearms from Florida on a regular basis and bring them up to Massachusetts.

USAO-000155