# Exhibit F

1

Transcription of a recorded interview from Monday, May 23, 2016 at the Old Colony Correctional Center in Bridgewater, Massachusetts. Transcribed by FBI Operational Support Technician David Palumbo.

SA1 = Special Agent Thomas Dalton, FBI

SA2 = Senior Special Agent Brian Sindoni, USSS

SA3 = Harvey Vachon, MA DOC

SA4 = Officer Manuel Martinez, MA DOC

SB = Alex Hernandez, Inmate W103013, Old Colony Correctional Center, Bridgewater, MA

OV = overlapping voices

UI = unintelligible

PH = phonetic spelling


SA3:  …recording.  Today is May twenty-third, twenty-sixteen.  My name is Officer Harvey Vachon with Investigative Services.  All set? [OV]

SA2:  Alright.  Alright.  Good morning, Alex.

SB:  Good morning.

SA2:  My name is Brian, I'm with the Secret Service.  Here's my credentials.  This is Tom.  He's an F B I agent out of Boston.  Those are his creds.

SA1:  I'm Tom Dalton.

SA2:  We have some..uh..information we'd like to…uh…give you today…and we'd like to…uh…talk to you..uh…about it also.  And I want to get your side of the story, OK?  So…uh…just to..uh..let you know, we do have a federal arrest warrant for you.  So…uh…what we're going to do is..uh..Tom is going to Mirandize you and advise you of your rights.  And then,..uh..we'd like to have a conversation with you…..get your side of the story.  And then,..uh…we'll be transporting you…uh…DOC will be transporting you to Boston…uh…for your initial appearance before the judge.  And then, we'll go from there.  OK?  Uh..Tom?  Will you Mirandize him, please?

SA1:  Yes.  So, just to be clear what Brian said, we have an arrest warrant for you from the U S District Court in Boston, and I'd like to advise you of your rights.  Do you speak English clearly?  Do you understand…[OV]

SB:  Yup.

SA1:  …English clearly?

USAO-000471

2

SB:  Yup.

SA1:  You sure?

SB:  Yup.

SA1:  OK.  I'm going to advise you of your rights right now.  Advice of Rights.  Your rights: Before we ask you any questions, you must understand your rights.  You have the right to remain silent.  Anything you say can be used against you in court.  You have the right to talk to a lawyer before-excuse me-for advice before we ask you any questions.  You have the right to have a lawyer with you during questioning.  If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.  If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.  And then, there's a statement here…it says, 'I have read this statement of my rights and I understand what my rights are.  At this time, I am willing to answer questions without a lawyer present.'.

SA1:  You still want to…talk to us?  That's OK? [OV]

SB:  Yup.

SA1:  Alright, I'm going to…sign here….Brian'll sign, and then you'll sign it, OK?

(SA1 signs document.)

SA1:  And then, I'll put..ah..O C C….May twenty-three…..

SA2:  Got the time?

SA3:  Sixty…

SA4:  9-oh-4?

SA3:  9-oh-4.

SA1:  Alright, I'm going to ask you to sign, Brian.  And we'll go with 9-oh-4 as the time.

(SA2 signs document.)

SA1:  And then, we'll ask Mister Hernandez to sign. [OV]

SA2:  Right here, sir.

(SB signs document.)

SA2:  Alright, Alex.  So, why don't you tell us..uh..like I said, we have some information about….I want to hear your side of the story….about…uh…threats to the president.

SB:  What?

SA2: Threats to the president?  That's what the-that's what we're here about.  You threatened to….kill the president?

SB: No.

SA2: No?  Umm….we have information that..uh..you're planning to travel to Washington D C and harm the president of the United States and the Secret Service.

SB: No.

SA2: OK….umm.  So, is the information incorrect?

SB: Yup.

SA2: OK.  Why is it incorrect?

SB: Because….umm…I've talked to some dude.  But, the dude…he trying to pull me round with somebody…they can help me out so he can get some paperwork.

SA2: What kind of paperwork?

SB: Like…uh..IDs…Social Security…anything.

SA2: For what?

SB: Hunh?

SA2: F-for…why would you want that paperwork?

SB: [UI]…find out himself.

SA1: Say that-say that again?

SB: He told me he can't find out himself, so I can…make money.

SA2: You can make money?

SB: Yeah.

SA2: So…

SA1: OK, you said, 'some dude'.  Can you elaborate on that please, Alex?

SB: No.  That dude, he told me that…it was one of my men..used to be in-in Norfolk with me.

SA1: Used to be in Norfolk with you?

SB: Yeah.

SA1: So, you're talking about the correctional institution in Norfolk, Massachusetts?

4

SB:  Yeah.

SA1:  And he used to be there?

SB:  Yeah.

SA1:  OK, why don't you tell us a little bit about that?

SB:  So, he told me that he knows somebody…that this person…that he can find any paperwork like Social Security…ID…and anything….and he can help me out to sell it so I can make money.

SA1:  OK, when you say 'paperwork' and 'ID', what do you mean?

SB:  Like, legit…paperwork, like legit…even [UI] paperwork.

SA1:  So, are you talking about something that's….fraudulent?

SB:  Yeah.

SA1:  Why would you want something that's fraudulent?

SB:  I dunno, just….I mean, I just talked to the dude….we don't-we don't [UI]…we don't make nothing, like, yes or not, you know what I mean?

SA1:  Umm-hmm.

SB:  But, we just talking about it.

SA1:  OK.  Now, back to Brian's question.  Brian just asked you if you have any plans to…go down to Washington D C and kill the president of the United States.  And,…what was your answer to that?

SB:  Nope.

SA1:  You have no plans?

SB:  Nope.

SA1:  Have you discussed any plans?

SB:  Nope.

SA1:  Did you meet with anyone or…have any type of conversation about it?

SB:  No.

SA1:  Are you sure?

SB:  I got a conversation with somebody, yeah.  But…

SA2:  Let's talk about that.  Who-who's that somebody?

USAO-000474

SB: I don't know his name.

SA2: You don't know his name?  How do you get in contact with him?

SB: Um..he came visiting a few times here.

SA2: Here?

SB: Yeah.

SA2: In, O C C?

SB: Yeah.

SA2: OK, OK.  How many..you said, 'a few times'?  How many?

SB: Like, two times?

SA2: OK.  When was-when was that?

SB: Uhhh….back in…like around March?  I think it was in March…and, umm…[UI]…like around January?

SA1: OK…so, just to be clear, you're saying a person came to visit you in January?  You're talking about twenty-sixteen…you're…estimating…[OV]

SB: Right.

SA1: …and March of twenty-sixteen?  Is that what you're saying?

SB: Yeah.

SA1: And what was the purpose to that visit?

SB: No, we just talked about different things…religious…and all that..[UI]..the dude was Muslim.

SA1: He…when you say 'dude'….so he's a male?  Right? [OV]

SB: Yeah.

SA1: He's a guy.

SB: He's a guy, yeah.

SA1: So, it's a-a Muslim male.  Could you tell us a little…more about him?

SB: I have to tell you, I don't know his-his..real-real name.  Because my friend's the one he's….he put an 'in' for me with him so he can…convince me.

SA1: Is the 'friend' you're referring to the friend from Norfolk?

USAO-000475

6

SB:  Yeah.

SA1:  So, the friend from…you tell me….the friend from Norfolk….what's the relationship between you, the friend from Norfolk, and the Muslim dude?

SB:  I…he knows the other dude….the one who comes in here…

SA1:  Umm-hmm.

SB:  So, he's the one who told me…oh, I got a-I got a friend that…he can go visit you…give you support…whatever thing you needed.

SA1:  What does 'support' mean?

SB:  You know, it mean like any-any support.  Like, help me out…you know….

SA1:  Well, back to Brian's question.  Does 'support' mean killing someone?

SB:  No.

SA1:  No.  What does it mean?

SB:  Uh…like support..like, whenever I need resources..any..on the street or anything…he can go to help me out.

SA1:  Guns?

SB:  No.

SA1:  Drugs?

SB:  No.

SA1:  What type of resources?

SB:  Like…..for example, like, any help to go to try and get driver's license, ID, or shit like that.

SA1:  But, you could do that legitimately.

SB:  Yeah, I know.

SA1:  So, the dude comes to visit…the-the-the Muslim male….and the-the discussion is about…what?

 SB:  Yeah, we talk about…religious….and all that stuff.

SA1:  Did you..talk to him in..Spanish?  English?  Both?

SB:  Spanish.

SA1:  OK.  But, you don't know his name?

USAO-000476

SB:  No….we just continued twice.

SA1:  Twice?

SB:  Yep.

SA1:  And that relationship came about through…the inmate from Norfolk?

SB:  Yeah.

SA1:  OK.  Tell us a little bit more, 'cause I'm-I'm not fully grasping that…umm…relationship.

SB:  That's why we talked…like…j-just twice..and..we don't have, like…I don't even know the dude…you know, we don't have, like, no, like, solid relationship, like, you know what I mean?…I don't call the dude on the phone, like anything like that.  [UI]

SA2:  Well, how did he…how did the Muslim dude know to come visit you?

SB:  Hunh?

SA2:  How did he know to come and visit you?

SB:  Because my friend, he gave him my information…so he can come visit me.

SA2:  Your friend in Norfolk…

SB:  Yeah.

SA2:  …gave…the Muslim dude your information….

SB:  Yeah.

SA2:  …to come and visit?

SB:  Yup.

SA2:  OK.  Wh-were you happy that he….arrived?  That he came to see you?

SB:  Yeah.

SA2:  Why is that?

SB:  I-I don't got no visit, so…at least I got a chance to talk to somebody.

SA1:  So, if you're having an inmate from Norfolk establish a relationship…to have some vis-someone come visit you, are you telling me that's strictly for identification stuff?  Isn't that what you were telling us?

SB:  Yeah.

USAO-000477

8

SA1:  That's it?

SB:  Yeah, that's it.

SA1:  But, if-if you were..released this week, you could do that on your own.  You could…theoretically go get a Social Security card…a driver's license, couldn't you?

SB:  Yeah.

SA1:  Then, why would you need someone else?

SB:  [UI]..he told me he can help me out, like,..like specifically.  Like, he can help me out more….a little bit more.

SA1:  So, when you say 'specifically help me out a little bit more', does that refer to criminal activity?

SB:  No.

SA1:  Are you sure?

SB:  Yeah.

SA1:  OK.  So, back to Brian's question, was there any thought or plan of discussion to kill the president of the United States?

SB:  Again, no.

SA1:  Are you sure?

SB:  Yep.

SA1:  OK.  What about the fellow who came to visit?  Did he have any thought, plan, or discussion to kill the president of the United States?

SB:  No.

SA1:  OK.  So, if we talked to him, what would he tell me?

SB:  I don't know what he'd want to tell you.  I don't-I don't-I don't got, like…like good-good relationship with the dude.

SA1:  That…OK, that may be true.  But, would he say something different?  Would he say, 'Alex is going to do…Alex may have a plan to kill someone.'.  Would he tell me that?

SB:  I don't know.  But, I never told him I wanted to kill anybody.

SA1:  But, your statement today is that you have no plan to kill him.

SB:  No.

USAO-000478

9

SA1:  OK.  Then, shouldn't that person, if he's being honest…do you think he'd tell me the same thing?  If he's…if he's going to be honest…would he tell me the same thing?

SB:  If he's going to be honest, yeah.

SA1:  So, he would tell me the same thing, if he's honest.

SB:  Yeah.

SA1:  OK.

SA2:  Do you believe you're an honest person?

SB:  Yup.

SA2:  OK.  You said you talked about religion..with the Muslim dude?  What religions were you talking about?

SB:  Eh, we're talking about, like, different aspects of the religion.  'Cause I wanted to make *hajj*….you know what I mean?  That's one of the…..that's one of the ….five…um…pillars….Muslims, you know, like…go to Mecca..

SA2:  Umm-hmm.

SB:  ….pray right there in Kaaba..

SA2:  Umm-hmm.

SB:  ….you know?  And I told him that, I just wanted to [UI] a little bit more.  How I can be successful and help, you know, the community….

SA2:  Umm-hmm.

SB:  ..to change the-the…umm…the thinking about how people think about Islam.

(on-screen time advances from approximately 9:11:22AM to 9:22:58AM)

SA3:  OK, we…ammm…we had a little…ahh…camera..malfunction because there was too much memory.  We needed more.  Ahhh….this..so this is a continuance with Alex Hernandez.  Today is May twenty-third, two-thousand sixteen, nine twenty-five A M, Old Colony Correctional Center.

SA1:  Alex, you were telling Brian a little bit about a person who visit you…visits you and you discuss religion.  Why don't you further discuss that, about the conversation relative to religion and such.

SB:  Yeah, like, uh..(clears throat)..like, uh..(clears throat)..I got to say we discussed, like, stuff like..go to making *hajj*….how I can make my belief even better…how I can make myself a better Muslim…how I can help, you know, like…change the-the thinking about people.  A lot of people don't…you see people [UI] …they don't think that were just, like, good people.

USAO-000479

10

SA1:  Were you born..Christian?  Or raised Christian?

SB:  Yeah.

SA1:  So, you…I'm asking because-you converted?

SB:  Yup.

SA1:  OK.  Then, you had the discussion with this gentleman about religion…

SB:  Yep.

SA1:  OK.  Uh-uh…spiritual discussions…[OV]

SB:  Yep.

SA1:  …things like that.  OK.  (to SA2)  I'm sorry, go ahead.

SA2:  No, no worries.  (to SB)  So, of the five pillars,….you mentioned the *hajj*….you haven't..travelled..[OV]

SB:  No.

SA2:  …I assume, to Mecca?  So, the other four,…have you followed?

SB:  Yeah.

SA2:  Can you afford the giving of alms…the..uh..prayer five times a day…

SB:  Yup.

SA2:  So, y-you feel you're pretty devout.

SB:  Yup.

SA2:  Umm….are you following Sunni or Shi'a….or..?

SB:  Um..Sunni.

SA2:  You're Sunni?  OK.  Umm….what about the other two pillars?  Are you-are you adhering to those also?

SB:  The what?

SA2:  Um, the four pillars….[OV] [UI]

SB:  Yeah, I go to *jum'ah* every Friday.

SA2:  Yeah?

USAO-000480

SB: Yeah.  I do my *salat*.  I do *sadaqah*.  That's me..ah..charity...

SA2: OK.

SB: You know, like, people…anything they need…anybody need.  So, I just help them out.

SA2: Umm-hmm.

SB: You know?  I help the people, like the older people.  You know, it's part of the…of the Muslim religion…

SA2: Umm-hmm.

SB: You know, like, helping out your older.

SA1: Help elderly people.

SB: Yeah.

SA1: Got it.

SA2: Umm-hmm.

SA1: OK.

SA2: So, you're following pretty strictly…to the…five pillars?

SB: Yep.

SA2: Uhhh…have you ever heard of the sixth pillar?

SB: No.

SA2: You've heard…?

SB: No.

SA2: OK.  Ummm…it's sometimes referred to as the sixth pillar of Islam, which is j*ihad*.

SB: Yeah, but…I believe that's…um…people extremely.  Like, you know, that's…that's not part of…of the Muslim religion.

SA2: Umm-hmm.

SB: You know what I'm saying?  Because….

SA1: Wh-when you say, 'That's not part...', what do you mean relative to Brian?  He talked about the sixth pillar, and then you're saying….he said *jihad*…you said 'That's not…"….could you?  [OV] [UI]

USAO-000481

SB:  Yeah, because….ummm….a lot of (clears throat) a lot of people..you got misconception, you know? That's…that's the thing about…what you…you see the-the religion, you know?  You know, most of the people, like,….people in the Middle East.  You know what I'm saying?  Like, they think that *jihad…jihad* have to be holy war and kill people in the name of….of the religion.  And, truly, umm..*jihad*…it means 'struggle'.

SA1, SA2:  Umm-hmm.

SB:  You know what I mean?

SA1:  Yes.

SB:  Like, right now, I'm in *jihad* 'cause I'm in prison.  I'm in a struggle with myself.  [OV]

SA2:  It's an internal struggle.

SB:  Exactly.  [UI] in prison I have to start….causing trouble, killing people, you know what I mean? That's..that's not what..um…the Koran say, and that's not what the really..religion is about.

SA1:  Now, you talk about the Koran and..religion.  Wh-what does Alex feel?  Tell me what Alex Hernandez feels about...killing?

SB:  No.  That's not me.

SA1:  It's not you.

SB:  No.

SA1:  And, why is it not you?

SB:  Because…um….I lost a lot of friends.

SA1:  Umm-hmm.

SB:  You know what I'm saying?  In Puerto Rico.

SA1:  Lost meaning they were killed.

SB:  Yeah, meaning killed.

SA1:  I'm not trying to put words in your mouth.

SB:  Yeah, yeah.

SA1:  You said, 'lost'…[OV]

SB:  Yes.

SA1:  ….they're killed.

USAO-000482

13

SB: Yeah.  He got killed all dead.  He got into the [UI]  stuff and drug and the drug gang….and they got killed….and, umm….that's what really hurt me.

SA1: So, what you're telling Brian and I is: You're growing up as a..a young boy, a teenager, in Puerto Rico, you would see friends who were effectively murdered.  They were killed through gang activity, violence, and drug trafficking.

SB: Yup.

SA1: And, that's not you…is what you're telling me.

SB: Yup.  That's not me.

SA1: And you're telling me that because….why?

SB: Because…um…as a human being, you're not supposed to….I can't take nobody's life.  You know what I'm saying.  I always…my grandmother, she always teaching me…she told me that, you know what I'm saying?  That…the only one that can take life…that's God.

SA1: The only one who can take life is God.

SB: Yeah.

SA1: And you learned that from your grandparents?

SB: My grandmother, yeah.

SA1: Your grandmother.  Good.

SB: Yeah, she's always telling me that…it's like, you can't….two things always my grandmother teach me is, like, don't judge nobody…..you know what I'm saying?

SA1: Don't judge nobody.  Sure.

SB: And….never…never…take somebody's life, because that's-that's one of the most horrible-horrible sin.  Um…sin.

SA1: Right.

SB: That's how you say it, right? [OV]

SA1: Right, right.

SB: OK.  [OV]

SA1: Horrible sin.  Right, right.

SB: Yeah.

SA1: Right.  So, is it fair to say, to commit an act of violence…to hurt someone, to kill someone - it's-it's wrong?  Is that fair to say?

SB: Yeah.

SA1: Not only is it wrong, but, it's-it's illegal.  It's-it's criminal activity.  Is that fair?

SB: That's fair.

SA1: OK.  So, i-is there any..plan for you to commit any crimes..violent crime on anyone?

SB: No.

SA1: OK.  Back to what Brian was talking about when we came in here.  Again, I know I've said it before, you have no plan to kill or harm or injure the president of the United States?

SB: (shakes head)

SA1: Or anybody else?

SB: Absolutely not.

SA1: What about destruction of property relative to the president, like the White House…[OV]

SB: Nope.

SA1: ….nothing like that?

SA2: How do you feel about the U S involvement in the Middle East?

SB: The what?

SA2: The United States government being in the Middle East right now.

SB: He's doing his job.  You know what I'm saying?

SA2: Who-who's doing his job?

SB: Um…the United State.

SA2: You mean…[OV]

SB: [UI]

SA2: You mean…

SB: Out there.  He's doing his job.  He even trying to help the people there struggling.  You know what I'm saying?

SA2: Who are you referring to?

SB:  Hunh?

SA1:  You said-you said, 'he'.

SB:  You said-you talking about the United States being involved in the Middle East?

SA2:  Yeah.

SB:  Yeah, that's what I'm saying, that…I don't feel bad because a lot of brothers over there be getting killed for no reason.  Like this…umm…extremely, like, group….terrorist group..

SA2:  Umm-hmm.

SB:  …jihadi group…that it calls itself 'Muslim'.  And, I know, the United States go out there trying to help….trying to, like, you know what I mean?

SA2:  Umm-hmm.

SB:  …make the situation more…helpful for the-for the countries over there.

SA2:  OK.

SA1:  Well, based on that statement that you just gave, do you have any ill feelings towards the president?

SB:  No.

SA1:  None?

SB:  No.

SA1:  So, you, you know, as-as a Muslim, you accept the fact that the president has sent the military to the Middle East?  That's-that's acceptable….to you? [OV]

SB:  Yeah.  I-I believe that, not only the United States.  I know that….you know what I mean?....another countries supposed to..you know what I mean?..get together and help them out…so we can stop…what those peoples doing, harming other people.

SA1:  Did you and the gentleman who came to visit you have discussions about this?

SB:  No.

SA1:  No?

SB:  We don't-we don't get…time to talk about that.

SA1:  No time to talk about that?  OK.  Again….because it would be wrong, right?

SB:  Umm-hmm.

16

SA1:  Not to have that discussion, but it would be wrong to get involved in….killing, is that fair to say?

SB:  Yup.

SA1:  Umm….just to back up for a minute, c-can you tell us briefly why you're here in Old Colony Correctional Center?

SB:  Why I'm in prison?

SA1:  Right.

SB:  I'm in prison for…drugs..and..um..guns.

SA1:  Ok.  So, you're incarcerated here for violations of state law relative to…firearms and drug trafficking?

SB:  Drug trafficking…[OV]

SA1:  [UI]….now, tell me…

SB:  No, just possession of firearms.

SA1:  Possession of firearms.  OK. [OV]

SB:  Yeah.

SA1:  Ehh…tell me how you've..maybe grown or progressed over the last couple of years.  Or have you grown or….matured over the last few years?

(telephone rings)

SB:  In the last few years?  I believe that..I give thanks to the-to the police for they go to my house and get those guns out of the street.

SA1:  You gave consent?

SB:  Yeah, on-on behalf….because, whatever the situation, the way I seen it now:  back then, I used to sell drugs, you know what I mean?  I didn't consider myself a drug dealer.  I used to sell drugs, when I can get money, you know what I'm saying?  And, you know, when you sell drugs, people bring you this, be like, 'Look, gimme a twenty for that.'.

SA1:  Right.

SB:  So, I give them the twenty, and I can sell this for a hundred dollars.

SA1:  Make a profit.

SB:  Exactly.

USAO-000486

SA1:  Right.

SB:  [UI]

SA1:  Right.

SB:  So, that's why, when I got arrested, the police they go looking for-for drugs, when, at the same time, I had the guns….when he raid my-my..my house.

SA1:  Umm-hmm.

SB:  And…um…right now, the way I seen it, growing up, I take full responsibility that…the way my…my scene in Worcester, before I came to prison, there never been a lot of shooting…..now, it's crazy. What's it that whatever happened, like,..um..yesterday…on the…out there around Worcester? [OV]

SA1:  Umm-hmm.

SB:  …Auburn?

SA1:  You're talking about…there's a police officer shooting….

SB:  Yeah.

SA1:  …south of Worcester.  Correct.

SB:  Yeah. [OV]

SA1:  Right.

SB:  Yeah, so, you know what I'm saying?  In-in that part, I feel…glad..that the..the police take the gun I got in my house out of the street..that nobody can have it..so he can harming other people.

SA1:  And, why do you feel that way?

SB:  Why do I feel that way?

SA1:  Yeah, it's..I-I..correct me if I'm wrong, but..it seems like, maybe, you've grown up, you've matured, you've seen that, 'Hey, Alex was not responsible then, but he's responsible now.'.  Is that what you're telling us?

SB:  Yeah. [OV]

SA1:  That you're..more responsible?

SB:  Yup.

SA1:  Because you know that activity years ago was wrong.  Is that what you're telling us?

SB:  Yup.

18

SA1:  OK.  So, is it fair to say to Brian and I that, if..you were to get out of here in a month, committing criminal conduct, like killing or harming the president, would be wrong.  Is that what you're telling us? [OV]

SB:  Yup.

SA1:  Because you've learned that.

SB:  Yep.

SA1:  OK.  I'm not trying to speak for you….I'm just trying…

SB:  Yep.

SA1:  Right.  OK.  And-and how have you..learned this?  Is it through your-your religion, or through some courses you take?

SB:  One-one thing is my religion.  Another one, I do..umm..

SA1:  So, one thing is your religion?

SB:  Yeah…different programs, like the..um..grieving-grieving and loss program here.

SA1:  Grieving and loss programs here?  OK. [OV]

SB:  Yeah.  I do..um..like…like…I'm doing the program [UI], it's called justice retreat.  That's like…

SA1:  A retreat for…

SB:  Yeah, for, you know what I mean?  We go out there for, like, a few days…that's in the prison..um..and we got all together and we just, talking about for the whole week, what..is affecting the community, how the-the crime we committed in the community..you know what I mean?  These..really..harming other people..

SA1:  Umm-hmm.

SB:  You know, so..we-we talking how…all that-all that, and..um..I just started realizing, going through those programs, that..really..for me being on the corner selling drugs, I don't help in my community.

SA1:  No.  You're not helping your community.  You're right.  You're not helping it in the least. [OV]

SB:  You know what I'm saying?  I…just..made my neighbor [UI]..because..now, I'm a drug dealer in the community and that's people that you don't want to live..or go to that community, or that street…because it's drug [UI].. it's like, people..drug-addicted..coming-coming in now on the streets…so, people really don't want to going to be living out in that neighborhood.

USAO-000488

SA1:  So, correct me..if I'm wrong here.  It-it sounds to me, over the time you've been incarcerated, whether it's at Old Colony or elsewhere, you've-you really matured, you've grown up, you've accepted responsibility…

SB:  Yeah.

SA1:  …and you indicated you learned some of that through your religion..you've learned some of that through programs through the correctional institutions, is…[OV]

SB:  Yup.

SA1:  That's what you were telling me.

SB:  Yup.

SA1:  And, before that, you were involved in drug trafficking and, at least, possession of firearms?

SB:  Yep.

SA1:  Do you have…access to firearms..outside of prison, either..

SB:  No.

SA1:  …now or when you get out?

SB:  No.

SA1:  So, what you're telling me is, if you were to be released, this week or..next month, you do not have anyone who can get you any firearms?

SB:  No.

SA1:  Nobody?

SB:  No.

SA1:  They-whether they're in Massachusetts or elsewhere?  Nobody?

SB:  No.

SA1:  OK.  Are you sure?

SA1:  Yep.

SB:  OK.

SA2:  Do you know how to use firearms?

SB:  Mmm…not really.

20

SA2:  Not really?

SB:  No.

SA2:  OK.  You ever fire them?

SB:  I've fired them a few times, yeah.

SA2:  A few?  OK.  Where'd you fire it?

SB:  Ummmm…I go a few times with my friend..ummm..New Hampshire?

SA2:  Umm-hmm.

 SB:  In those-those place that you go and you got, like, like those things where you can..uhhh…

SA2:  A range?

SB:  A range.

SA2:  OK.  Would..ah..would your friend tell us you were a good guy?

SB:  My friend?  Yeah.

SA2:  Yeah?  He'd say-would he tell us that, like, you're an honest person?

SB:  Yeah.

SA2:  Would he tell us that you wouldn't want to hurt anybody?

SB:  Yeah.

SA2:  OK.  Ahh..what's your friend's name?

SB:  I really..I don't know his name right now.

SA2:  OK.  At least he can help you.  I mean, he can, you know…we want to clear this up.  I mean, if you've got-if you know people that can say, 'Yeah, Alex is a good guy.  He's not going to hurt anybody.'. I mean, that's somebody we need to talk to.

SB:  You can call any-anybody.  Like, the people in my family…friends..

SA2:  Well, can we start with him?  Who's your friend in…uhh…is he-is he living in New Hampshire?

SB:  Yeah, that...he used to live in New Hamp-he lived in New Hampshire, but I don't got contact with him for the last five, six years..when I'm in prison.

SA2:  Alright.  How do you know him from?

SB:  I used to live up there in New Hampshire.

USAO-000490

SA2:  Umm-hmm.

SB:  Before I move back to Worcester.

SA2:  OK.  Where'd you live in New Hampshire?

SB:  I used to live in Salem.

SA2:  In Salem?  OK, that's where I was born.

SA1:  So, j-just to be clear,…what you're telling us..you have..a friend who lived in Salem, New Hampshire, and you went and..to the..firearms range once in a while?

SB:  (nods head)

SA1:  And, he'd say that you're a good, honest person, right?

SB:  Yeah.  They know me.

SA1:  It's-it's a male.  We're talking about a guy?

SB:  Yeah.  It's a male.  Yup.

SA1:  OK.  And, y-you indicated to Brian and I that..umm..in addition, to talk to some family members?

SB:  Yup.

Who-who are the family members..in Salem?

SB:  My..my..uh, no, they live in Worcester.

SA1:  Who…[OV]

SB:  My family live in Worcester.

SA1:  Who are they?...who are they?

SB:  Umm..named Jessica.

SA1:  Jessica?

SB:  Yup, Santiago.

SA1:  Santiago?  And, she's a family member?

SB:  Yeah, my cousin.

SA1:  She's your..biological cousin, or….?  OK.

SB:  Yup.

USAO-000491

22

SA1:  What's the rela-you say 'cousin'.  Is it your, like, your father's brother's…[OV]

SB:  No, no.  Umm…

SA1:  … daughter?

SB:  Mother.  On my mother's side.

SA1:  It's on your mother's side.

SB:  Yeah.

SA1:  So…OK.  Go ahead.

SB:  Ummm..there's..ih..the guy…he's..umm..my sister's boyfriend.  Name is Iones..Perez.

SA2:  How do you spell that?

SB:  I, I mean, I-O..N..

SA2:  E?

SB:  S.  Yup.  Yeah.  Iones Perez.  Perez.  P-E..

SA2:  Umm-hmm.

SB:  R………E..Z.

SA2:  Perez?  OK.  And, where does he live?

SB:  He lives on..um..8 Mott Street.

SA2:  8 Mott?  In Worcester?

SB:  Yup.

SA2:  That's Apartment One?

SB:  Apartment One.  Yup.

SA1:  So, those two folks you just talked about would say..good things about you?

SB:  (nods head)

SA1:  Would they say anything bad?

SB:  No.

SA1:  OK…OK.  Good.

SA2:  Who else?

SB:  Umm….my……damn..I know by the head.  I don't have-I don't know the names…like that.

SA2:  OK.

SB:  Well, I know in that-in that-in that address…it's like..people can..you can go up there and check it out..people can really…you go up there around that neighborhood..that's where I used to live..and ask them, they're going to tell you.

SA1:  You're talking about Mott Street?

SB:  Yeah.

SA1:  OK.

SA2:  So, how did you meet this guy in New Hampshire..when you were living in Salem?  Like, how did you…?

SB:  No, I used to live..umm, next door to him.

SA2:  Next door?  What was your address in Salem?

SB:  ………………….I dunno, man, it's out of my mind.

SA2:  You don't remember his first name?  What did he look like?

SB:  Guy was..uh..white.

SA2:  White guy?

SB:  White.  White guy, yeah.  Young.  He used to go to college.

SA2:  What college did he go to?

SB:  Uhhh….in-in New Hampshire..it's right there when you're coming on..um...the highway to..uh..New Hampshire..[OV]

SA2:  Uhh.

SB:  ...and Lawrence?

SA2:  In Massachusetts or in New Hampshire?

SB:  New Hampshire.  Right between New Hampshire and Lawrence.

SA2:  Uhhh…Southern New Hampshire University?

SB:  I think it is, yeah.

24

SA2:  Alright.

SB:  He used to go up there, got..umm.  I think he go up there for the..for the attorney or something like that,..going to be a paralegal..something like that.

SA2:  What kind of guns did he fire with?

SB:  Ahh….he got a little..thirty-eight.

SA2:  A thirty-eight?

SB:  (nods head)

SA2:  It was his gun?

SB:  Yup.

SA2:  Did you..?

SA1:  You-you're talking about a handgun, then?

SB:  Yeah.

SA1:  OK.

SA2:  Did you bring any guns at all?

SB:  Nope.

SA2:  Umm….alright.  What's Jessica do for work?

SB:  Uhh..I think..she doing..it's…um..Section Eight.  You know?

SA2:  She's Section Eight?  She's not working right now?

SB:  Yeah.

SA2:  What about..uh-is this her boyfriend?

SB:  No, that's my-my sister's..um..boyfriend.  It's not my real sister..but, I say it's my sister.  Boyfriend, yeah.

SA2:  OK.  What does he do?

SB:  He's..he work in construction.  He's..umm..PCA [PH] for [UI].

SA2:  OK.  Alright…umm…..alright.  (to SA1) We've just going to move forward?

SA1:  Yes, and just to clarify…so, th-the gentleman who came to visit…you talked-you talked with us a lot about the discussion.  But, it seems that it focused on religious or spiritual discussions..and, it was kind of uplifting.  Would that be fair to say?

SB:  Yep.

SA1:  Tell-tell us a little bit more about some of the discussions…umm…'cause you said he came on two separate occasions, right?

SB:  (nods head)

SA1:  Anything else that..you guys discussed, that..?

SB:  No.

SA1:  OK, so no-nothing related to crimes?

SB:  No.

SA1:  Nothing related to violence?

SB:  No.

SA1:  Nothing related to any plans?

SB:  (shakes head)

SA1:  Did you ask him to do anything for you?

SB:  No.

SA1:  Nothing?

SB:  Nope.

SA1:  Did he ask you to do anything?

SB:  (shakes head)

SA1:  And, you said earlier that you guys had a conversation in Spanish…'cause..OK. [OV]

SB:  Yeah.

SA1:  …which is fine, of course…..OK.  But-but again, just to recap.  I know I've repeated myself, but, you have no plans or intentions of harming, killing..the president of the United States, or anything like that?

SB:  Hell, no.

26

SA1:  And-and..hell, no.  And, in that context, you don't-do you have access to any firearms outside of..the institution?

SB:  No.

SA1:  And, when I say, 'Do you have access?' – do you have knowledge of a-a friend, or an associate, a peer who can gain access?

SB:  No.

SA1:  So, if you were to be released, and someone said, 'Alex, I need a firearm.', you could not get one?

SB:  No.

SA1:  OK.  And, why is that?

SB:  Ah…really, I don't know people like that selling guns..on the street.

SA1:  'Cause you don't know anybody.

SB:  No.

SA1:  In addition to that, you've kind of told us today that..umm..you-you kind of, like I said, you've grown up or you've matured.  So, correct me if I'm wrong, that, you want to..move away from that lifestyle.

SB:  Exactly.

SA1:  Is that fair to say?

SB:  Exactly.

SA1:  OK.  So, again, there's no intention to…[OV]

SB:  No.

SA1:  ..commit any criminal conduct?

SB:  No.  I don't want to come back to prison.

SA1:  I-that-that's a-that's a great plan, right.  And, why don't you want to come back?

SB:  One, because..I want to stay on myself, I want to make a family..for myself.

SA1:  Umm-hmm.

SB:  And second, I have a daughter that I haven't really..unfortunately, through my-my bad..ummm…how you call it?..for my bad action, my bad..ummm…you know, like being ignorant..you know?  So, I ain't got no time to see my daughter.

USAO-000496

27

SA1: Hmm.

SA2: Where's your daughter?  Is she in Worcester, or..?

SB: Ahh..she's in Lowell.

SA2: In Lowell?

SB: Umm-hmm.

SA2: Alright.

SA1: Is there anything…..in your possession at this institution that would cause anyone of concern?

SB: No.

SA1: OK.  You don't have any..umm..paraphernalia?

SB: (shakes head)

SA1: You don't have any drugs?

SB: No.

SA1: You don't have any..umm..weapons?

SB: Nope.

SA1: Do you have any other material here - magazines, books, that-that are contraband?

SB: (shakes head)

SA1: You-do you know what 'contraband' is?

SB: Yup.

SA1: OK.  Do you have any contraband?

SB: No.

SA1: OK.  So-so, if I was to go to your cell, would I find anything bad?

SB: No.

SA1: Are you sure?

SB: Positive.

SA1: OK.  'Cause it's-it's all clean and appropriate, with nothing contraband?

28

SB:  Right.

SA2:  So, what Tom is alluding to, you know, is that they found items in your cell.  You know, photographs of..umm..Osama bin Laden and ISIS-slash-ISIL..uhh..in the cell.  Which is..uhh..concerning..I'll speak for  myself..concerning to me.  Can you explain those photographs?  Photos…there was, ahhh….ahhh…pages that came out of a magazine.

SB:  Yeah, that's what I'm doing…um….I'm doing a little story.  My own self, you know?  Like, a little researching?

SA2:  Umm-hmm.

SB:  Through magazines.  I'm finding..um…….the Nat-..umm..National Geographic.

SA2:  Umm-hmm.

SB:  And…um…I just kind of, like, put it together.  Because I'm going to do a presentation.  Out there in the-in the [UI].

SA2:  Are you keeping notes..of your presentation?

SB:  I used to..yeah, I'm doing a..I cancelled that, because..um..the agents take the pictures.

SA1:  The extra pictures, or..?

SB:  Taking…taking..

SA1:  You mean they removed them…[OV]

SB:  They removed them.

SA1:  …from the cell.  And, what magazine are we talking about?  Did you say it was National Geographic? [OV]

SB:  National Geographic, yeah.

SA1:  OK.  So, is this something..just..an educational thing more?

SB:  Yeah, you got a..um..in the National Geographic..so, I just cut it up..make a, you know, make a..um…….a presentation?

SA1:  A presentation.

SB:  [UI]…to all the brothers, you know, like, teaching them how..what's the wrong and the right.  Like that.

SA1:  So, when-when you say, 'the brothers', tell me what you mean.

SB:  The-the Muslim brothers.

SA1:  The Muslims…the-the..[OV]

SB:  [UI]

SA1:  …ih-ih-your fellow Muslim…..peers.

SB:  Yep.

SA1:  Would that be fair?  So, just let me back up.  So, if there's a-a photograph, like Brian said, of maybe the-the Twin Towers on fire, or there's something from the..uh..nine eleven attacks in New York City or elsewhere, you had some magazine photos and you were going to give a presentation to..your fellow Mug-Muslim brothers that..that this is wrong?  Is that what you're telling me?

SB:  Yeah, that that-that's not a way Islam is supposed to be.

SA1:  Because, it's peaceful.

SB:  Exactly…[OV]

SA1:  Go ahead.

SB:  Islam-Islam, it means submission to one God, you know, to God.

SA1:  OK.

SB:  And God, he want…God we want us to no hurt nobody.  God, you know, he no like to hurt people.

SA2:  Uhhh…on that line, though, there was also found, uhhhh..basically, a listing of all the United States presidents.  Right?  All the U S presidents, you know, up until a certain point, were in..your cell.  Do you know what I'm referring to?

SB:  I don't know that myself.

SA2:  You sure?

SB:  Yup.

SA1:  Did you have it anoth..another time, maybe it's not there now, but another time?

SB:  No.

SA1:  So, what he's talking about is..a..photocopy of the..presidents from the beginning..ah..'til..maybe up 'til now..amm…a photo and maybe their name.  You didn't have anything like that?

SB:  No.

SA1:  OK.  You sure?

SB:  Positive.

SA1: OK. Positive.

SA2: OK. So, you have no notes, though, of your..basically, you're saying that you're doing research on..on ISIL. But, you don't have any notes for your..presentation.

SB: No, I threw them away, because he take..most of the pictures and all that..I just started putting together.

SA1: So, you're saying the IPSs (N.B., author determined from interviewer SA Thomas Dalton that IPS stands for Inner Perimeter Security, referring to MA DOC security agents) removed..[OV]

SB: The pictures, yeah.

SA1: …the photos. So, you got rid of your notes..

SB: Yeah, I just….

SA1: Did you ever give the presentation?

SB: No.

SA1: OK. And again, the presentation was to show your fellow..uh..Muslims the right-wrong of religion, et cetera…[OV]

SB: Yup.

SA1: Is that fair to say?

SB: Yeah.

SA1: OK…OK. Ammm………the-you don't know the name of the-the gentleman who visited….you said?

SB: No.

SA1: I'd-I'd like to talk to him to clear this up. Is there any other..identifier? I mean, what does he look like?

SB: He's Spanish, bald head.

SA1: Hispanic, bald head? [OV]

SB: [UI]

SA1: Big guy? Small guy?

SB: Kind of, like….like my..[OV]

SA1: Like him?

USAO-000500

SB:  No, like my size.

SA1:  So, you're, what?  Five eleven?

SB:  No, five seven.

SA1:  Five seven?  Aww, you're taller than that, are you?

SB:  No.

SA1:  No?

SB:  Five seven.

SA1:  OK.  So, five-he's about five seven.

SB:  Spanish man.  He got, like, a..good shape.

SA1:  He's physically-he's physically fit?

SB:  Yup.

SA1:  Umm…d-where'd he grow up?  Did he say?

SB:  No.

SA1:  OK.  So, if I talked to him.  If Brian and I sit down and we talk to him, what's he going to tell me?

SB:  Everything like I said in the beginning.  I don't know what he going to tell you.

SA1:  OK.

SB:  [UI]

SA1:  I can understand y-y-you saying you don't know.  Y-y-you may not know what he says.  But, what if he says, 'Alex Hernandez made threats against the president of the United States', what-what would you say?

SB:  He's lying.

SA1:  He's lying.  So, if he tells me Alex Hernandez made threats to kill the president or shoot up the White House, or something like that…he's lying.

SB:  Yup.

SA1:  Are you sure he's lying?

SB:  Yup.

SA1:  OK.  (approximately three second pause)  What else about that guy?  Anything else about him?

USAO-000501

SB:  (shakes head)

SA1:  Is he a-you think he's pretty decent..bright guy, or..?

SB:  Yeah.

SA1:  And, the-the initial..meeting with him was discussion about identification, right?

SB:  Umm-hmm.

SA1:  And, what was it going to be used for, again?

SB:  Ahh, it was like, I was going to my other friend, he tell me..the one who's in Norfolk.  That..

SA1:  But,…   Go ahead.

SB:  That he can get..um..like, ID, Social Security, and all that stuff.

SA1:  Right.  So, he could..maybe get you a passport, right?

SB:  Definitely, yeah.

SA1:  And, what would you want to do with a..passport?  Anything..specific, or..?  No?  Just to have it, or..?

SB:  Yeah, I mean, jus-I just talking to-to the guy..you know what I'm saying?  He's a-he's a-he's a Muslim brother, you know?

SA1:  Right.  But, the relationship between the guy in Norfolk, and then the guy comes to visit you..and you talk about identification.  It makes me think: 'Boy, if..this guy is travelling into the institution, and you're talking about identification, you might want to have it to be fraudulent.'.  Like, instead of saying 'Alex Hernandez', maybe use a fake name.  Would that be possible?

SB:  Nah.

SA1:  Oh.  So, you..

SB:  I'm never..I'm never going to use a fake name.  I don't-I don't have no problem..I don't have..no reason for use a fake name.

SA1:  Well, you would have a reason to use a fake name if you kill the president..or try to kill someone.  You'd want a fake name, true?  Isn't that true?

SB:  Yeah, sure.

SA1:  Was that your plan?

SB:  No.

USAO-000502

33

SA1:  Are you sure?

SB:  Positive.

SA1:  OK.  'Cause, you could use..umm..a passport to get out of the country, right?

SB:  (nods head)

SA1:  Was that your plan?

SB:  No.

SA1:  Are you sure?

SB:  Positive.

SA1:  OK.

SA2:  Alex, who's the..uhh..who's your friend in Norfolk?

SB:  Umm.. ██████.  The name's ██████.

SA2:  ██████?

SB:  Yeah.

SA2:  What's his last name?

SB:  ██████[PH].

SA2:  How'd you spell that?

SB:  I don't know how to spell it.

SA1:  ██████?

SB:  ██████.

SA1:  OK.

SB:  S...O.......

SA2:  And-and.. ██████.knows the Muslim guy?

SB:  Yup.

SA2:  The Muslim dude, OK....OK....alright.  What's ██████ going to tell us about-if we go to talk to ██████ what's he going to tell us about you?

SB:  He know me.  He know I'm a-I'm a good [UI], I'm a good dude.

34

SA2: How's this guy? Is ████ good? Is he a good guy?

SB: Yeah. [OV]

SA2: Is he truthful?

SB: From the way I seen it. Yeah.

SA2: How long have you known him for?

SB: Uhh..a few, like, almost s-six, seven, eight months.

SA2: Alright. Why is he..uh..why is he a-is he-is he in Norfolk..now?

SB: I believe so, yeah.

SA2: OK. Why is he in Norfolk?

SB: Um..I don't know.

SA2: OK. Umm....

SA1: So, we've talked..about ████. And, we've talked about..the-the gentleman who..came to visit in, what you believe is, January and March of twenty-sixteen..or approximately..during that timeframe. We've talked about you. In all those discussions, is there been any talk about anger?

SB: No.

SA1: No anger.

SB: (shakes head)

SA1: No violence?

SB: No.

SA1: Do you know what retribution means? To get even, like, I'm gonna..I-you're going to get even. Somebody did something bad to you, so you're going to get even. You're going to seek retribution.

SB: No.

SA1: No retribution?

SB: (shakes head)

SA1: Nothing..again, and I'm-I'm..part of what I'm thinking about is, nothing related to..umm..religion..Middle East..anything like that? No-no retribution?

SB: (shakes head)

USAO-000504

SA1:  OK.

SB:  No.

SA1:  None of that was discussed?

SB:  Yup, no.

SA1:  OK…OK.  Ahmm…[OV]

SA2:  I'm thinking..(to SA1)..I'm sorry, go ahead.

SA1:  Is there-is there anything you want to ask..Brian and I?

SB:  (shakes head)

SA1:  You sure?

SB:  Positive.

SA1:  Do you understand why we're here, though?  It's..

SB:  Yeah.

SA1:  ..pretty serious, right?  I mean..

SB:  I know.

SA1:  Alright.  But, what is your understanding of why we're here?

SB:  That this guy..he really..give you the information..give you, I don't know if it's a tip or whatever, saying that I'm planning to kill the president.

SA1:  But, why would someone give us..a tip like that?  If-if that's right.  Why would-why would they?

SB:  I don't know.

SA1:  Do-do they have the wrong guy?

SB:  [UI]…I can-I can tell you that they have the wrong one.  I don't know why he doing that.

SA1:  Right.  OK.  Any-any other thoughts or questions for us?

SB:  (shakes head)

SA1:  I mean, it's obviously a serious matter.  I mean, the-the United States Secret Service is charged with..protecting the president of the United States, and you understand….[OV]

SB:  Yeah, I know.

SA1:  …the serious nature of that.  And, when I say, 'protecting the president', I'm talking about his-his..him physically, the White House…

SB:  Yeah, I know.

SA1:  ..the area around the White House…and Brian can elaborate more on that.  But, it's a-it's a serious position.  And-and, I work at the Boston F B I, and we're charged with working with..ah..agencies like Brian's to make sure that there's no violent..ah..criminal acts committed against..people..[UI] stuff like that.  So, it's-it's a serious matter.  But, no questions for us, or..?

SB:  (shakes head)

SA1:  Any thoughts?  Do you have any thoughts about..our entire discussion this morning?

SB:  Ummm….I just think, yeah, like…you know what I'm saying?  Like, this is crazy.

SA1:  Well, why is it-why is it crazy?  I mean, we're here..so.

SB:  Yeah, I know, but…you know what I'm saying?  Like, I'd never say stuff like that..and..ah..that's-that's the last thing that's going to pass through my mind.

SA1:  So, you're telling me you've never made any type of statements..[OV]

SB:  Yeah.

SA1:  ..relative to that..relative to..killing a president or shooting up the White House?

SB:  Yeah.

SA1:  OK.  (to SA2)  I'm sorry.

SA2:  What I'd like-what I'd like to do is..um.., since we're getting your side of the story.  Can you write that down for us?  That..uh..with today's date, that you never threatened the president and…..i-ah…you-put it in your words.  Let's do that.  That way, we have a record from you.

SB:  Yeah, I don't know about English.

SA2:  You can put it in Spanish if you want.

SB:  Alright.

SA2:  Whatever you prefer.

(from approximately 9:57:10 AM to 10:02:00 AM, SB writes statement while SA1 and SA2 converse briefly and unintelligibly)

SA2:  I'll have the..uh..officer (referring to SA4) (hands written statement to SA4)

SA1:  So, he's (SA4)..gonna just review it.  If you..have any questions…or concerns, he's just going to make sure..it…flows-that we understand it.

SA2:  Alex, did you put a date on that?

SB:  Um, no.

SA2:  I'll just have him put a date.  Today's the twenty..third.

SB:  The twenty third.

(on-screen time advances from approximately 10:02:26AM to 10:02:39AM)

SA2:  Alex, while he's doing that,..um..how old's your daughter right now?

SB:  Ummm..right now, it's like...nine?

SA2:  Nine?  Is..umm….do you stay in contact with the mom?

SB:  Yeah, once in a while.

SA2:  OK.  Who's the mom?

SB:  Um..is name is Dalia [PH]….Morales [PH].

SA2:  OK.  And, she lives in Lowell?

SB:  Yeah.

SA2:  Do you have contact info?

SB:  Nah.

SA2:  OK.

SB:  [UI]

SA2:  Uh..do you know what street she lives on?

SB:  Nah, the last time I-I writed the letter, they probably moved.  'Cause I-I received the letter back.

SA4:  What's this supposed to be here, it's like…?  (shows written statement to SB)

SB:  Unnh?

SA4:  Under the (speaks Spanish to SB)?

SB:  Oh, perjury.

SA4:  Perjury?

SB:  Yeah.

SA4:  OK..OK.  (speaks Spanish to SB, hands written statement to SB)

SB:  OK.

SA4:  (to SA1, SA2)  I just told him to write the date-the dates up there.

SA1:  (to SA4)  Did it..make sense to you?  Or, do you have to…you want to ask Alex any questions relative to the statement?

SA4:  Umm…

SA1:  (to SA4)  Or, maybe just tell us in a nutshell what he wrote.

SA4:  (to SA1, SA2)  Well, he basically..wrote down there was that..uhh..someone from the F B I..the Secret Service..came to speak to him today about..umm..having any plans or any ideas to..ah..to kill the president or..do..any harm to the president or the White House.  And, he pretty much stated that he had no..intentions or any plans of that…of planning such a thing.  [OV]

SA1:  OK.  And, you understand you've-you just made a voluntary statement to that effect, right?  [OV]

SB:  Yup.

SA1:  You understand that.  He (SA4) just-the reason he's here is to read the Spanish so we can all be on.. the same sheet of music in terms of the language.  OK?

SB:  Yup.

SA1:  OK.  I just wanted you to understand that.

SA2:  Alright.

SA1:  (to SA2)  Go ahead.

SA2:  (to SA1)  Thank you.  Alright, Alex.  So, uhh..one of the things I want to talk to you about is..uh…going back to the..the bald guy..or the 'Muslim dude', I think you called him?  Ah, we have him.  OK?  And, that's-that's one of the reasons why we're here.  And, uh..umm..he provided..a lot of information.  And, as you probably tell from the conversation we've been having with you-we know a lot.  Umm..so….you know, if you're a truthful person, and this is what happened..and what this other person has told us was said is true, now is the time to tell us, 'Hey, listen, I said it.  Maybe I made a mistake.  Maybe I want to, you know, ask for, you know, forgiveness.'.  And, we can move forward.  Um..but, we have quite the statement from him.  And, you can tell from the questions that Tom and I have been asking you, alright, about the-the passports..about the religious talk..we know all that.  Umm..so, why don't you tell us?

SB:  Just saying..I never..I don't hurt nobody.

SA2:  Alex, you two talked about killing the president….yes?

SB:  No.

SA2:  So is he lying?

SB:  Yup.

SA2:  Are you sure he's lying?

SB:  Yup.

SA2:  Did you ever…..did you talk to him about New Hampshire?  About shooting in New Hampshire?

SB:  (shakes head)

SA2:  Did you talk to him about..honing the skills to be a sniper?

SB:  No.

SA2:  Did you ever say anything about 'painting the White House red'?

SB:  No.

SA2:  About killing Secret Service agents?

SB:  No.

SA2:  None of this is even familiar?

SB:  No.

SA2:  How were you going to pay this individual for..the documents?

SB:  The what?

SA2:  How were you going to pay him?  He's not doing it for free.  Or, was he?

SB:  Nah, we don't even-we don't even discuss nothing like-like forward, we just talking, like, two times.  But, we never talk about, 'Oh, give me some paperwork.', or anything.  You know what I'm saying?

SA2:  Umm…

SA1:  But, you..to Brian's question..we talked about..the gentleman from..Norfolk.  And, we talked about the gentleman who visited you.

SB:  Yup.

SA1:  And, he (SA2?) just said, 'How are you going to pay me?'.  I mean, there must have been..even-even if it was just, 'Hey, I want a-identification that says Alex Hernandez.'.  There must have been a discussion, like, 'Oh, I'll pay you.'.  No?  Wasn't there a discussion about pay-..

SB:  (shakes head)

SA1:  He was going to do it for free?

SB:  No, but I mean, we didn't get time to talking about it..about my friend in Norfolk, the one-he told me that he can get..any paperwork and all that.  But, he told me, like, 'Yo, I going to tell you, and I'm going to talk to him so he can talk to you.'.  But, we don't even get to that..talk to that..about nothing like that.

SA1:  So, no discussion about payment for..[OV]

SB:  Nope.

SA1:  ..any type of services or documentation.

SB:  No.

SA2:  Alex, what if I…so, you know obviously about the IPSs.

SB:  Yup.

SA2:  We have two gentleman here.  And, he's (SA3) holding a camera, and we're obviously being recorded.  What if I told you that the conversations you had with this individual were recorded?  What that be concerning?

SB:  Yeah.

SA2:  Yeah.  We have recordings.

SB:  (nods head)

SA2:  So, would you like to tell us what's going on?

(on-screen time advances approximately eleven seconds)

SB:  I don't know, bro.

SA2:  Now, Alex.  You know..

SA1:  Well, let's back up for just a second.  So, Brian just said, 'We have recordings.'.  So, if we have recordings of conversations between you and the gentleman who visited, what do you want to tell us now?

SB:  Want to listen to the recording.

USAO-000510

41

SA1: You want to listen to the recordings?

SA2: Well, we don't have them with us. But, basically, we've told you..a lot. You remember the conversation you had. You talked about..needing a passport to go to Brazil......right? You talked about doing a D C Sniper-style attack at the White House, correct? You talked about your Muslim brothers suffering overseas. You didn't care whether it was President Obama, it's just..'Whoever the head is, we're going to cut off the head.'.

SA1: You talked about President Kennedy. Now, is what Brian said, and what I just said, is any of that wrong, or is that right?

SB: Ah, that's true.

SA1: That's true. OK.

SA2: OK.

SA1: So, why don't you tell us some more.

SB: My-my man in Norfolk, he didn't want for me to [UI] with that guy. ▮▮▮▮▮.

SA1: Right..OK.

SB: He told me, like,..yeah, he told me, like, 'Yo, this dude can..get you any paperwork-anything.

SA2: Umm-hmm.

SB: So, I just..I never-I never wanted to go out there and do anything like that, 'cause I know that's impossible. One, I don't have the resource. Two, I don't have no money.....for spending on stuff like that. And three, I really don't have no-no background how to use guns and that thing-anything like that.

SA1: Well, you did some shooting in New Hampshire at the range.

SA2: Umm-hmm..and, you told him you were going to go practice. And, you also offered a payment..for his services. And, what was that?

SB: I never asked-I never tell I offered him a payment.

SA2: You said you were going to give him your gun connect.

SB: I just lying to him. But, he never [UI], like, gun connect.

SA1: So, is there any gun connect?

SB: No. I lied to him.

SA1: Alright, let's back up for just a second. So, you are..clarifying that you did make those statements now, right?

USAO-000511

42

SB:  Yeah.

SA1:  OK.  Why?

SB:  I tried just to get the paperwork.

SA1:  Say that again.

SB:  I think I want to see if I can get the paperwork.

SA1:  What's the relationship between getting paperwork..shooting uh-and shooting up the White House and maybe killing the president?  Y-you can get the paperwork without bringing that in, right?

SB:  Yeah.

SA1:  So, then why did you bring up shooting the White House, killing the president, painting the White House..red?

SB:  I just like to do it.

SA1:  But, why?

SA2:  Ih..Alex, there's no need to.  You're-you're a smart guy...you're..[OV]

SB:  Yeah, I know.

SA2:  ..a straight guy.  You don't need to..make any kind of...you don't have to make any kind of story to do business.  You don't, alright?  I mean..back in the day, when-when you were..uh..selling drugs.  You didn't have to..you didn't care.  There's no-there's no reason for that.  You didn't have to make up any kind of story.  You know, these were your words...to-to this guy that we got.  And, you know,…..there's- why would you do that?

SB:  Hmm?

SA1:  He asked why would you do that?

SB:  Because the-the dude sound funny for me.

SA2:  What?

SB:  Is..like, I think the dude was funny.

SA1:  The bald guy was funny?

SB:  (nods head)

SA2:  What do you mean?

USAO-000512

SB:  Like…when I-when I started talking to him, I know that..and my friend he told me [UI] he asked if he came to the prison….as a [UI].  I know that..how, like, c'mon.

SA2:  Well, the bald guy's a legit guy.  He's a legit dude.

SB:  (shakes head)  I never believed…

SA2:  If you thought there was something wrong, why-you could've just stopped and walked out.

SB:  That's why I stopped talking to him.

SA1:  Hey, you-you said..a few minutes ago..you know, y-you couldn't..you..made those statements.  You said, 'Yeah, I made those statements, but, I couldn't have done it.'.  Right?  You just said, 'Yeah, talking about..shooting up the White House and painting it..red, and doing a D C-style sniper.  You're kind of clarifying now that you did make those statements.  But, then you said you couldn't do it, right?  Or..

SB:  I…

SA1:  But, you told him you had a gun connection in Florida, right?

SB:  I lied to the dude.

SA1:  But, you did tell him that, right?  So, if-if you're..if you getting ready to be released, and you're making statements about killing people, and have connections in Florida, now you can understand why we're asking..[OV]

SB:  Yeah, I know.

SA1:  ..these questions.

SB:  Yeah, alright.

SA1:  So, it's a-it's a serious issue, obviously..so.  So, you did make the statements, but, you didn't mean them?  Is that what you're telling us?

SB:  Yup.

SA1:  OK.  So, you-you did make..you did have those conversations.

SB:  Yup.

SA1:  And, you..now you're telling me you lied to him.

SB:  Yup.

SA2:  OK, let's do this.  Let's go ahead..I want you to write..a statement that you did, in fact, say those things.  OK?

44

SB:  (nods head)

SA2:  And then, we'll-we'll go from there.  That-that sound good?

SB:  (nods head)

SA2:  We'll get your side?  OK, we'll do the same thing.  You'll put the date at the top, and go ahead and write in Spanish, please.

(from approximately 10:14:25AM to 10:18:20AM, SB writes a new statement)

SA2:  All set?

SA1:  So, again, he's (SA4)..just going to read through that.  And, if you have any questions relative to the..the Spanish-English, he'll clear that up.

SA2:  Alex, do you have..uh..on the outside, do you have any storage locker or anything like that?

SB:  (shakes head)

SA2:  Like, where's all your possessions?

SB:  I lost everything.

SA2:  You lost everything?  [OV]

SB:  I had nothing to bring.

SA2:  Right.  Sorry to hear that.

SA1:  So, everything was, like, seized or given to a relative?  When-when you say you lost everything, what do you mean by that?  It was..given away?  [OV]

SB:  Yeah, I-I have an apartment and..umm….I got-the apartment got raided.  I got arrested.  And….I lost..

SA1:  And, that was years ago.

SB:  Yeah.

SA1:  Yeah.

SB:  It was, like, five years ago.

SA1:  So, to-to Brian's question, you don't have any storage anywhere, or..?

SB:  (shakes head)

SA1:  Nothing like that.

SB: No.

SA1: What-you have the clothes on your back, and that's it?

SB: (nods head)

SA1: Pretty much?

SB: (nods head)

SA1: OK. And-and, just as your..cousin i-is-is..um..you're going to Mott Street, is that where she is?

SB: Yup.

SA1: OK. OK.

SA2: So..OK..ummm..

SA1: (to SA4) Does..umm..do you have any questions relative to his statement?

SA4: (to SA1, SA2) Umm......no, other than that, that he-he pretty much stated in there that he..uh..he spoke with that..████s friend...and...let me see what it says......umm..mentioned that he-mentioned about killing the president..ummm..but, he was lying about it, 'cause he wanted the..to see if he could get..umm..cou-a license...(speaks Spanish to SB)

SB: Driver's license.

SA4: (speaks Spanish to SB)

SB: Driver's license.

SA4: (to SA4) OK. (to SA1, SA2)..license to drive. But, he has no intent-he has no..really no intentions or motive: 'I'm-I'm killing the president of the United States.'. Pretty much everything on here.

SA1: So, then..so, just to be clear..for all of us, Alex, you-you've written two statements for us today.

SB: Yup.

SA1: And, you've kind of clarified now, in that the first statement..you said you didn't make those statements. But, in the second statement, you're saying, 'OK, I did make those statements to someone.', statements meaning you later..you had oral discussion. But, you didn't mean them.

SB: Yup.

SA1: That's the differentiation. I'm-I'm not trying to speak for you, but, that's kind of..a summary. Is that fair?

SB: Yup.

USAO-000515

SA?:  Is that fair to say in between the two?

SA?:  Yup.

SA?:  Sorry, I didn't mean to.

SA?:  No, no.

SA?:  OK.

SA2:  (to SA1)  Umm..do you have any other questions?

SA1:  (to SA2)  No.  (to SB)  when..again, do you have anything you want to-additional thing you want to tell us?  Umm…right now?

SB:  No.

SA1:  OK.  Just-just to summary..summarize, excuse me…so, we came in today and we..Brian explained to you that we have a..a federal..arrest warrant based on a criminal complaint.  Basically, it's a charging document that says, 'Alex Hernandez is titled with the crime of threatening to kill the president of the United States.'.  It's-it's two counts.  It's under Title 18, Section 871.  That's just the statute.  So, under Title 18, Section 871, it describes the threats to kill the president of the United States.  It's a two count..um..charging document.  That's why we came in here today.  And then, we had a lengthy discussion with you where you originally said you..didn't make any type of statements.  And, later on, you clarified where you did make those statements, but, you didn't mean them.

SB:  (nods head)

SA1:  I'm-I'm  not trying to speak for you, Alex.  But, is that kind of a good summary of today?

SB:  Yup.

SA1:  OK.  Because you're..um..in state custody, when we're done here, we'll just need to..ah..advise you, and you'll have to sign a form that basically says..it's called a-a detainer..that you're going to be going in federal custody..ah..at least for today.  And, the form will be turned over to them to-to let them know once your state sentence is completed, you have to be held, at least until this is resolved.  Does that make sense?

SB:  (nods head)

SA1:  And, I'll-I'll explain it in more detail, but, that's kind of where we're going.  (to SA2)  So, we can..continue now.  [OV]

SA2:  (to SA1)  Yep.  (to SB)  Is there anything else you want to add..

SB:  (shakes head)

SA2: ..before we finish up?  OK.  If there-if there is somebody else helping you with this..on the outside, OK?..you need to tell us right now.

SB: (shakes head)

SA2: Nobody else?

SB: No.

SA2: OK.  Is there anybody in here that's helping you?

SB: No.

SA2: Inside the wh-ahhh, is this ████ guy helping you in Norfolk?

SB: Nah, he's the one that give me the-he's the one that find that guy.  He know that guy.

SA1: He gave you the contact.

SB: Yeah.  He know the guy, yeah.

SA2: Is ████ a bad dude?  Like, is this-does he want to harm-hurt the president also?

SB: I don't know.  I think..I know-I know he talked to-to the dude and, supposedly, he got some different plans.  I don't know.

SA2: OK.  And then..OK.  Is there anybody else?

SB: No.

SA1: And-and, I want to just..follow up Brian's question, this-this is important.  Was the Florida connection made up?  Was that a lie?

SB: The what?

SA1: The Florida connection?  I think you told him you had a connection in Florida.

SB: Yeah, that's a lie.

SA1: OK.  So, there is no Florida connection?

SB: No.

SA1: And, back to what Brian said.  There's no other person that you're working with outside of here?

SB: (shakes head)

SA1: What about Jessica?  Is she..?

SB: Yeah, is my cousin.

USAO-000517

SA1:  Well, she's your cousin, but, is she involved?

SB:  Nah.

SA1:  No.  No…[OV]?

SB:  She doesn't know nothing about anything.

SA1:  OK.  OK.

[xxxx]

SA1:  So, I'm going to show you this, and I'm going to ask him (SA4) to help in a minute.  But, this is a U S Department of Justice, Federal Bureau of Investigation form.  And it-and it's what's called a *Detainer Against* a state..a *Sentenced State Prisoner*, which is you.  And, it is based on a federal arrest warrant, which Brian and I have.  In summary, it's going to be provided to the Ma-Massachusetts Department of Correction, Old Colony Correctional Center here in Bridgewater, Massachusetts, today relative to Alex Hernandez.  And, what's your birthdate, is that correct?

SB:  Yup.  Four, twenty-five, nineteen, eighty-five.

SA1:  OK.  Perfect.  And it's, again, based on this..case that was filed.  In fact, I'm just going to show you.. right now.  Here is the charging documents.  Right here.  There's the criminal complaint, and here's the arrest warrant, OK?  *'Alex Hernandez charged by a complaint..'…*there's the complaint, there's the arrest warrant, OK?  So, when we're done here, I'm going to leave a copy with them.  But, again: Title 18, Section 871, sub-paragraph A, Threats Against the President, two counts….I'm going to ask that..you read this and he (SA4) can help if you have any questions, because I think he can..maybe articulate it in Spanish better.  But, can you read paragraph three to us?  Can you read?

SB:  Yup.

SA1:  OK, can you read..number three out loud?

SB:  I have read or have been read this above paragraph notifying me that a Detainer has been lo-lod-..lod-ged..

SA1, SA2:  Lodged.

SB:  ..lodged again-against me and that I have the right to d-demand spee-speedy trial on the charge.  I do-do not demand a speedy trial on the charge.  I understand that if I do request a speedy trial, this request will be delivered to the Office of the United States Attorney who caused the Detainer to-to be filed.  I also understand that my right to a speedy trial under the A..A I D A is the right to be brought to trial within 180 days after my written notice of request for a final disposition of the charge against me has actually been delivered to the appropriate U S a Attorney and the appropriate U S a District Court.  I further understand that the 180-day time limit may be tol-led by any delays a-attributable to-to me, and that I must..periodically inquire as to whether my written notice of request for a final disposition of the

charge against me has been received by the..appropriate U S a Attorney and appropriate U S a District Court.  Finally, I understand that if..at any time hereafter I desire to demand speedy trial and have not already done so, I can inform my cus-custodian who will-will..then cause the request to be forwarded to the appropriate U S a Attorney.

SA1:  OK.  I know it's a lot of words.  Did you understand what you read, kind of?  Or, do you need him (SA4) to help explain it?

SB:  No, I understand that.

SA1:  So, the only thing you have to check here, and you read this, is, 'I do or do not demand a speedy trial on the charges.'.  Do you have a preference?

SB:  Uhhh, no.

SA1:  No?  You should mark one: 'I do' or 'do not'.  It's…  Do you understand the difference, pretty much?

SB:  Yeah.  I don't want a speedy trial.  (SB marks form)

SA1:  So, you're saying you want 'do not'?  'I do' or 'do not', which one do you want?

SB:  'I  do not'.

SA1:  OK.  So, I'm going to just..cross out the word 'do'.

SB:  Oh, cross 'do'?

SA1:  This word.

SB:  (SB marks form)

SA1:  So, what you're saying, correct me if I'm wrong, is..your right..you're saying, 'I do not'.  OK.  Right?

SB:  Yeah.

SA1:  OK.  'Cause you underlined..I just wanted to make sure we understood it, so.  Any questions about this?

SB:  (shakes head)

SA1:  'Cause, I'm going to have them witness this.  Again, this basically says that, when you finish your state sentence, they're going to detain you until we get these charges resolved.  Make sense?

SB:  (nods head)

SA1:  What questions do you have for us?

SB:  (shakes head)

USAO-000519

50

SA1:  None?

SB:  Yup.

SA2:  Did he sign it?

SA1:  He's going to sign it right now.  So, here is where..witness..signature of prisoner..and typed or printed name of prisoner.  Alright.  So, right here is where you sign.

SB:  (SB signs form)

SA1:  And then, print right across from it.

SB:  (SB signs form)

SA1:  Alright.  I'm gonna…put..my signature here.  (SA1 signs form)  Alex, any..additional questions for us?

SB:  No.

SA1:  OK.  I'm going to..turn this to them (SA3, SA4) for receipt.  We'll finish that up.  Umm..I don't have anything else to add.

SA2:  Like I said…

SA3:  This concludes this interview.

(recording ends)

USAO-000520