# Exhibit G

## Inmate Telephone System

## ITS Inmate Telephone Number List

Date/Time:(Generated)  7/19/2017 7:47:21 AM

**Report Site:**  Dept of Corr HQ

**Page:**   2 of   2

**Facility Name:  Souza Baronowski Corr Ctr**                    **Facility Code: SBCC**

**Inmate ID:  W103013       PIN:      783089         Inmate Name: HERNANDEZ, ALEX**

| Phone Number | Direct | Collect | Allow | Alert | Record | Language | Created | Activated | Deactivated | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| ███3507 | NO | NO | NO | NO | NO | ENGLISH | 04/10/2014 | | 10/03/2014 | |
| ███4613 | NO | NO | NO | NO | NO | ENGLISH | 02/07/2014 | | 05/11/2015 | |
| ███9535 | NO | NO | NO | NO | NO | ENGLISH | 01/15/2015 | | 10/20/2015 | |
| ███4156 | YES | YES | YES | NO | YES | ENGLISH | 10/01/2015 | 10/01/2015 | | |
| ███3582 | YES | YES | YES | NO | YES | ENGLISH | 07/13/2017 | 07/13/2017 | | |
| ███8355 | NO | NO | NO | NO | NO | ENGLISH | 02/07/2014 | | 04/10/2014 | |
| ███1127 | NO | NO | NO | NO | NO | ENGLISH | 02/07/2014 | | 10/03/2014 | |
| ███5535 | YES | YES | YES | NO | NO | ENGLISH | 10/06/2016 | 10/06/2016 | | |
| ███0608 | YES | YES | YES | NO | YES | ENGLISH | 07/13/2017 | 07/13/2017 | | |
| ███4975 | NO | NO | NO | NO | NO | ENGLISH | 04/01/2015 | | 05/11/2015 | |
| ███7568 | YES | YES | YES | NO | YES | ENGLISH | 04/01/2015 | 04/01/2015 | | |
| ███3859 | YES | YES | YES | NO | YES | ENGLISH | 01/15/2015 | 01/15/2015 | | |
| ███4312 | NO | NO | NO | NO | NO | ENGLISH | 02/07/2014 | | 02/26/2016 | Jessica Santiago - COUSIN |
| ███4278 | YES | YES | YES | NO | YES | ENGLISH | 01/20/2017 | 01/20/2017 | | |
| ███8149 | NO | NO | NO | NO | NO | ENGLISH | 07/03/2014 | | 10/03/2014 | |
| ███8449 | NO | NO | NO | NO | NO | ENGLISH | 04/01/2015 | | 09/20/2016 | |

**Total Active Telephone Numbers for Inmate   :          7**

**Total Inactive Telephone Numbers for Inmate :          9**

**Total Telephone Numbers for Inmate          :         16**

Inmate Telephone System

**ITS Call Records Query**

Date/Time:(Generated)    7/19/2017 7:46:22 AM

Report Site:  Dept of Corr HQ

| # | Destination # | Inmate ID | Inmate Name | Start Time | End Time | Duration | Completion Code | Site Code | Liv. Unit | 3 Way | Station | Cost | Rate Type | Trans. Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4312 | W103013 | HERNANDEZ, ALEX | 02/15/2016 13:08:04 | 02/15/2016 13:08:04 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Intralata | COLLECT |
| 2 | 4312 | W103013 | HERNANDEZ, ALEX | 02/15/2016 13:51:26 | 02/15/2016 13:51:26 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-4 | $0.00 | Intralata | COLLECT |
| 3 | 4312 | W103013 | HERNANDEZ, ALEX | 02/15/2016 15:27:21 | 02/15/2016 15:27:21 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-4 | $0.00 | Intralata | COLLECT |
| 4 | 4312 | W103013 | HERNANDEZ, ALEX | 02/15/2016 18:36:04 | 02/15/2016 18:36:04 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Intralata | COLLECT |
| 5 | 4312 | W103013 | HERNANDEZ, ALEX | 02/15/2016 19:47:29 | 02/15/2016 19:47:29 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-3 | $0.00 | Intralata | COLLECT |
| 6 | 4312 | W103013 | HERNANDEZ, ALEX | 02/16/2016 11:14:01 | 02/16/2016 11:14:01 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-4 | $0.00 | Intralata | COLLECT |
| 7 | 4312 | W103013 | HERNANDEZ, ALEX | 02/16/2016 13:08:08 | 02/16/2016 13:08:08 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-4 | $0.00 | Intralata | COLLECT |
| 8 | 4312 | W103013 | HERNANDEZ, ALEX | 02/16/2016 15:23:59 | 02/16/2016 15:23:59 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-3 | $0.00 | Intralata | COLLECT |
| 9 | 4312 | W103013 | HERNANDEZ, ALEX | 02/16/2016 18:32:35 | 02/16/2016 18:32:35 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-3 | $0.00 | Intralata | COLLECT |
| 10 | 4312 | W103013 | HERNANDEZ, ALEX | 02/17/2016 09:16:39 | 02/17/2016 09:16:39 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Intralata | COLLECT |
| 11 | 4312 | W103013 | HERNANDEZ, ALEX | 02/17/2016 13:23:53 | 02/17/2016 13:23:53 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Intralata | COLLECT |
| 12 | 1629 | W103013 | HERNANDEZ, ALEX | 02/17/2016 13:24:25 | 02/17/2016 13:27:03 | 3 | Completed Call | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Interstate | COLLECT |
| 13 | 5764 | W103013 | HERNANDEZ, ALEX | 02/17/2016 14:41:53 | 02/17/2016 14:41:53 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-2 | $0.00 | Intrastate | COLLECT |
| 14 | 5764 | W103013 | HERNANDEZ, ALEX | 02/17/2016 14:42:53 | 02/17/2016 14:42:53 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-2 | $0.00 | Intrastate | COLLECT |
| 15 | 5764 | W103013 | HERNANDEZ, ALEX | 02/17/2016 15:36:37 | 02/17/2016 15:36:37 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-4 | $0.00 | Intrastate | COLLECT |
| 16 | 4312 | W103013 | HERNANDEZ, ALEX | 02/17/2016 15:36:54 | 02/17/2016 15:36:54 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-4 | $0.00 | Intralata | COLLECT |
| 17 | 4312 | W103013 | HERNANDEZ, ALEX | 02/17/2016 19:37:41 | 02/17/2016 19:37:41 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Intralata | COLLECT |