# Exhibit H

Alex wants Aziz to speak with his contact (unknown) about what they (Alex & Aziz) were speaking about, that he wants no more, that he (Alex) is good. Alex wrote that someday he'll see Aziz in person and he'll explain more, and that's all he can say for now. Alex also advises Aziz that Aziz will always be his brother and that Alex will die for his religion. Alex finished off by stating that someday he and Aziz will meet and they will talk, and for now that's it, he'll (Alex) wait in Allah.

USAO-001317

Hola: Abdul Aziz

Espero en Allah (SWT) que te encuentre bich de salud
Junto a todos tus compañeros del dolor bueno te escribo
Para dejarte saber que Yo estoy bien grasia a dios
trankilo asiendo las cosa bich para salir de aski lo mas
Pronto posible pero tambien te escribo para dejarte saber
que Yo quiero que Hables con tu contacto de lo que estabamos
Hablando y ledisa que nome Vengan aser mas Nada que Yo
estoy bien al gun dia cuando tu y Yo nos encontramos Yo te boy
a esplicar mas afondo pero Por aski solo lo que te puedo
esplicar es eso Perdona si te desexione pero he crestu
tu sisse siendo mi Hermano y como te dije Yo Por mi religion bueno
algun dia nos bamos a tu central y como te dije Podemos Hayar
mejor Pero Por Haora eso es lo unico espero en Allah (SWT)
que te bendiga y te cuide.
Att: Abdu Ali ☺
Alex Hernandes W103013
esta es mi diresion
O.C.C.C.
oNe Administration Rd
Bridgewater, MA 02324

USAO-001316