**Inmate Telephone System**

## ITS Call Records Query

Date/Time:(Generated) 7/19/2017 11:17:18 AM

**EXHIBIT**
2
Redacted

### Search Criteria

| | |
|---|---|
| From(Start Date/Time): | 2/15/2016 12:00:00 AM |
| To (End Date/Time): | 5/23/2016 11:59:00 PM |
| User ID: | hvachon |
| Duration: | From : 0 To : 0 |
| Facility: | All |
| Living Unit: | |
| Stations: | |
| Completion Codes: | |
| Tracking #: | |
| Recorded: | All |
| Monitored: | All |
| Transaction Type: | All |
| 3 Way Call: | All |
| Rate Type: | All |
| Alerted: | All |
| Alert Group: | |
| Accessed: | All |
| Protected: | All |
| Telephone Type: | All |
| Exported: | All |
| Destination Number: | |
| Inmate : | . w103013 |
| Workstation ID: | HOUMADCIIS1 |

Inmate Telephone System

## ITS Call Records Query

Date/Time:(Generated)   7/19/2017 11:17:18 AM

| Inmate Name | Start Time | End Time | Duration | Completion Code | Site Code | Liv. Unit | 3 Way | Station | Cost | Rate Type | Trans. Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HERNANDEZ, ALEX | 02/15/2016 13:08:04 | 02/15/2016 13:08:04 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/15/2016 13:51:26 | 02/15/2016 13:51:26 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-4 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/15/2016 15:27:21 | 02/15/2016 15:27:21 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-4 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/15/2016 18:36:04 | 02/15/2016 18:36:04 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/15/2016 19:47:29 | 02/15/2016 19:47:29 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-3 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/16/2016 11:14:01 | 02/16/2016 11:14:01 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-4 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/16/2016 13:08:08 | 02/16/2016 13:08:08 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-4 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/16/2016 15:23:59 | 02/16/2016 15:23:59 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-3 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/16/2016 18:32:35 | 02/16/2016 18:32:35 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-3 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/17/2016 09:16:39 | 02/17/2016 09:16:39 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/17/2016 13:23:53 | 02/17/2016 13:23:53 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/17/2016 13:24:25 | 02/17/2016 13:27:03 | 3 | Completed Call | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Interstate | COLLECT |
| HERNANDEZ, ALEX | 02/17/2016 14:41:53 | 02/17/2016 14:41:53 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-2 | $0.00 | Intrastate | COLLECT |
| HERNANDEZ, ALEX | 02/17/2016 14:42:53 | 02/17/2016 14:42:53 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-2 | $0.00 | Intrastate | COLLECT |
| HERNANDEZ, ALEX | 02/17/2016 15:36:37 | 02/17/2016 15:36:37 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-4 | $0.00 | Intrastate | COLLECT |
| HERNANDEZ, ALEX | 02/17/2016 15:36:54 | 02/17/2016 15:36:54 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-4 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/17/2016 19:37:41 | 02/17/2016 19:37:41 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/18/2016 15:30:08 | 02/18/2016 15:35:15 | 6 | Completed Call | OCCC | DEFAULT LU | NO | DAWES 2-3 | $1.46 | Intrastate | COLLECT |
| HERNANDEZ, ALEX | 02/18/2016 15:41:24 | 02/18/2016 15:41:24 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-3 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/19/2016 19:39:42 | 02/19/2016 19:39:42 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-3 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/19/2016 19:40:45 | 02/19/2016 19:40:45 | 0 | Ring no answer or busy | OCCC | DEFAULT LU | NO | DAWES 2-3 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/19/2016 19:42:04 | 02/19/2016 19:42:04 | 0 | Ring no answer or busy | OCCC | DEFAULT LU | NO | DAWES 2-3 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/19/2016 19:45:49 | 02/19/2016 19:45:49 | 0 | Ring no answer or busy | OCCC | DEFAULT LU | NO | DAWES 2-3 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/19/2016 21:23:46 | 02/19/2016 21:23:46 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-2 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/20/2016 12:39:58 | 02/20/2016 12:39:58 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Intralata | COLLECT |

Workstation ID:  HOUMADCIIS1

Inmate Telephone System

## ITS Call Records Query

Date/Time:(Generated)   7/19/2017 11:17:18 AM

Page:    3 of    14

| Inmate Name | Start Time | End Time | Duration | Completion Code | Site Code | Liv. Unit | 3 Way | Station | Cost | Rate Type | Trans. Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HERNANDEZ, ALEX | 02/20/2016 12:40:42 | 02/20/2016 12:40:42 | 0 | Ring no answer or busy | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/20/2016 14:33:04 | 02/20/2016 14:33:04 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-4 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/20/2016 18:48:59 | 02/20/2016 18:48:59 | 0 | Ring no answer or busy | OCCC | DEFAULT LU | NO | DAWES 2-4 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/21/2016 13:08:38 | 02/21/2016 13:08:38 | 0 | Ring no answer or busy | OCCC | DEFAULT LU | NO | DAWES 2-3 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/21/2016 18:13:18 | 02/21/2016 18:13:18 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/22/2016 14:34:55 | 02/22/2016 14:34:55 | 0 | Ring no answer or busy | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/24/2016 15:47:40 | 02/24/2016 15:47:40 | 0 | Ring no answer or busy | OCCC | DEFAULT LU | NO | DAWES 2-4 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/24/2016 19:34:15 | 02/24/2016 19:34:15 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/25/2016 19:31:15 | 02/25/2016 19:31:15 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-3 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/26/2016 09:03:19 | 02/26/2016 09:03:19 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 02/26/2016 09:04:00 | 02/26/2016 09:04:00 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | DAWES 2-1 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 03/02/2016 13:11:50 | 03/02/2016 13:11:50 | 0 | Call Blocked (Inmate Phone List) | OCCC | DEFAULT LU | NO | OU -4 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 03/02/2016 13:21:55 | 03/02/2016 13:21:55 | 0 | Ring no answer or busy | OCCC | DEFAULT LU | NO | OU -6 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 03/02/2016 13:23:24 | 03/02/2016 13:23:24 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | OU -6 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 03/02/2016 19:44:41 | 03/02/2016 20:04:40 | 20 | Completed Call | OCCC | DEFAULT LU | YES | OU -7 | $2.86 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 03/06/2016 15:38:21 | 03/06/2016 15:38:21 | 0 | Called Number is not on the Phone List | OCCC | DEFAULT LU | NO | OU -2 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 03/06/2016 15:39:59 | 03/06/2016 15:39:59 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | OU -2 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 03/07/2016 15:51:14 | 03/07/2016 16:10:30 | 20 | Completed Call | OCCC | DEFAULT LU | NO | OU -3 | $2.86 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 03/09/2016 14:41:57 | 03/09/2016 15:01:41 | 20 | Completed Call | OCCC | DEFAULT LU | NO | YARD -1 | $2.86 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 03/11/2016 20:25:05 | 03/11/2016 20:25:05 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | OU -6 | $0.00 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 03/11/2016 20:26:04 | 03/11/2016 20:30:43 | 5 | Completed Call | OCCC | DEFAULT LU | NO | OU -5 | $1.36 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 03/11/2016 20:32:49 | 03/11/2016 20:52:19 | 20 | Completed Call | OCCC | DEFAULT LU | NO | OU -5 | $2.86 | Intralata | COLLECT |
| HERNANDEZ, ALEX | 03/15/2016 15:34:19 | 03/15/2016 15:34:19 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | OU -3 | $0.00 | Intrastate | COLLECT |
| HERNANDEZ, ALEX | 03/15/2016 15:35:55 | 03/15/2016 15:37:18 | 2 | Completed Call | OCCC | DEFAULT LU | NO | OU -3 | $1.06 | Intrastate | COLLECT |
| HERNANDEZ, ALEX | 03/15/2016 18:39:21 | 03/15/2016 18:39:21 | 0 | Call not accepted | OCCC | DEFAULT LU | NO | OU -3 | $0.00 | Intralata | COLLECT |

Workstation ID:  HOUMADCIIS1

Page:    3 of    14