# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:16-cr-10179-IT |
| | ) | |
| ALEX HERNANDEZ | ) | |
| | ) | |

## ASSENTED-TO MOTION FOR LEAVE TO ISSUE SUBPOENA

Pursuant to Local Rule 117.2, undersigned counsel seeks the Court's leave to issue a subpoena duces tecum to the St. Vincent Hospital in Worcester, MA seeking the production of medical records relating to the Defendant. On information and belief, the Defendant was recently hospitalized at St. Vincent Hospital and the parties anticipate that the circumstances of his admission will be material in the proceedings concerning Defendant's pending revocation of supervised release. A copy of the proposed subpoena, redacted to protect the Defendant's personally identifiable information (PII) is attached.

Counsel for the Government assents to this motion.

Respectfully submitted,
ALEX HERNANDEZ
by his attorney,
/s/ Scott Lauer
Scott Lauer (BBO #667807)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061 (phone)
617-223-8080 (fax)
Scott_Lauer@fd.org

## Certificate of Service

I, Scott Lauer, hereby certify that this Motion was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

1

Date: <u>August 25, 2020</u>