AO89  (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF
### MASSACHUSETTS

| United States Of America | **SUBPOENA IN A** |
| **V.** | **CRIMINAL CASE** |
| Alex Hernandez | Case Number:  **16-cr-10179-IT** |

TO:     St. Vincent Hospital
        123 Summer Street
        Worcester, MA 01608

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case.  This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
| RECORDS TO BE DIRECTED TO: | N/A |
| Asst. Federal Public Defender Scott Lauer (Scott_Lauer@fd.org) | |
| PO Box 51268, Boston, MA 02205 | **DATE AND TIME** |
| 617-639-9023 (fax) | September 1, 2020 |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

All medical records, including but not limited to records pertaining to psychiatric treatment, for ALEX HERNANDEZ ( ██████ ) from August 20, 2020 to the present.



| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
| | 8/25/2020 |
| (By) Deputy Clerk | |

| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: | Scott Lauer, Asst. Fed. Public Defender (Scott_Lauer@fd.org) |
| | PO Box 51268 |
| | Boston, MA 02210 |
| | Telephone Number: (617) 223-8061 |

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES    ☐ NO    AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                           DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

_____

ADDITIONAL INFORMATION

Please note that compliance with subpoena may be accomplished by providing records sought to Assistant Federal Public Defender Scott Lauer no later than September 1, 2020.