Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

## Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Alex Hernandez                    **Case Number:** 1:16CR10179

**Name of Sentencing Judicial Officer:** Honorable Indira Talwani, U.S. District Judge

**Date of Original Sentence:** 7/26/2017

**Date of Revocation Sentence:** 9/04/2020

**Original Offense:** Threats Against the President and Successors to the President, in violation of Title 18 U.S.C. §871(a)

**Original Sentence:** 37 months of custody followed by 36 months supervised release

**Revocation Sentence:** 16 days of custody, to be released as soon as a bed at Coolidge House is available, followed by 2 years and 11 months of supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 5/05/2020

                                                      **Date Supervision Re-commenced:** 9/08/2020

---

## PETITIONING THE COURT

[   ]   To extend the term of supervision for     years, for a total term of     years
[ X ]   To modify the conditions of supervision as follows:

**The defendant will participate in an assessment at the Community Corrections Center and participate in programming as directed by the U.S. Probation Office.**

## CAUSE

On 3/31/21, Mr. Hernandez appeared at Westborough District Court at which time he pled guilty to Failure to Stop for the Police and Negligent Operation of a Motor Vehicle.   He was ordered to pay court fees with no supervision to follow.

Following consultation with Attorney Scott Lauer, Mr. Hernandez subsequently agreed to the above modification that will serve as a sanction and will provide Mr. Hernandez with programming focused on cognitions and to include GED preparation classes.   Mr. Hernandez agreed to the modification as evidenced by his signature on the attached Waiver of Hearing to Modify Conditions of Probation (Form 49).

Reviewed/Approved by:                                 Respectfully submitted,

*/s/ Lisa Paiva*                                      */s/ Michael D. Forman*
Lisa Paiva                                            by  Michael D. Forman
Supervisory U.S. Probation Officer                    Sr. U.S. Probation Officer
                                                      Date:            6/22/2021

| Prob 12B | - 2 - | **Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender** |
|----------|-------|-----------------------------------------------------------------------------------------------|

**THE COURT ORDERS**

[    ]    No Action
[    ]    The Extension of Supervision as Noted Above
[    ]    The Modification of Conditions as Noted Above
[    ]    Other

_____
Honorable Indira Talwani
U.S. District Judge


_____
Date

PROB 49
(3/89)

# United States District Court

### District of Massachusetts
### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I, <u>Alex Hernandez</u> , <u>Dkt No 0101 1:16CR10179</u>, have been advised and understand that I do not have to agree to this proposed modification(s). I have been advised and understand that instead of signing this form today, I can consult with an attorney and report back to the Probation Office within 48 hours as to how I would like to proceed.

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant will participate in an assessment at the Community Corrections Center and participate in programming as directed by the U.S. Probation Office.**

Witness _____
(U.S. Probation Officer)

Signed _____
(Probationer or Supervised Releasee)

_____6/16/2021_____
(Date)